IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| RENEE SCHROEDER, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | FILE NO. 4:14-CV-00130-HLM |
| v. | ) | |
| | ) | |
| CALEB GILBERT, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Caleb Gilbert, named as Defendant herein, files the

following Certificate of Interested Persons and Corporate Disclosure Statement:

(1)     The undersigned counsel of record for a party to this action certifies that

the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

A.     Plaintiff Renee Schroeder; and

B.     Defendant Caleb Gilbert.

(2)     The undersigned further certifies that the following is a full and complete

list of all other persons, associations of persons, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      A.     Jeff Filipovits; and

      B.     Filipovits Law Firm, P.C.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      A.     For the Plaintiff:  Jeff Filipovits.

      B.     For Defendant: Richard A. Carothers and Amy B. Cowan.

The undersigned, in accordance with L.R. 7.1 and 5.1 hereby certifies that the typefont used herein is 14-Point Times New Roman font.

This 18th day of August, 2014.

CAROTHERS & MITCHELL, LLC

/s/ Amy B. Cowan
RICHARD A. CAROTHERS
Georgia Bar No. 111075
AMY B. COWAN
Georgia Bar No. 159003

Attorneys for Defendant Caleb Gilbert
1809 Buford Highway
Buford, GA   30518
Tel:  (770) 932-3552
Fax: (770) 943-6348

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RENEE SCHROEDER,            )
                           )      CIVIL ACTION
        Plaintiff,          )
                           )      FILE NO. 4:14-CV-00130-HLM
v.                         )
                           )
CALEB GILBERT,             )
                           )
        Defendant.          )

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1B

I HEREBY CERTIFY that I have this date electronically filed the within

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF

system which will automatically send email notification of such filing to the

following attorneys of record:

Jeff Filipovits, Esq.
Filipovits Law Firm, PC
2900 Chamblee Tucker Road
Building 1
Atlanta, GA 30341

I further certify pursuant to L.R. 7.1D that the above-titled document complies

with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 18th day of August, 2014.

/s/ Amy B. Cowan
RICHARD A. CAROTHERS
Georgia Bar No.111075
AMY B. COWAN
Georgia Bar No. 159003
Attorneys for Defendant Caleb Gilbert

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
(770) 932-3552
richard.carothers@carmitch.com
amy.cowan@carmitch.com