IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| RENEE SCHROEDER, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) FILE NO. 4:14-CV-00130-HLM |
| v. | ) |
| | ) |
| CALEB GILBERT, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Caleb Gilbert, named as Defendant herein, files the following Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A. Plaintiff Renee Schroeder; and

    B. Defendant Caleb Gilbert.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations