IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RENEE SCHROEDER,

    Plaintiff,

v.

CALEB GILBERT, in his
individual capacity,

    Defendant.

CIVIL ACTION FILE NO.:
4:14-CV-0130-HLM

## ORDER

This case is before the Court on Defendant's Motion to Extend Discovery [36].

Defendant has requested that the Court extend the discovery period, which is currently scheduled to expire on January 16, 2015, through January 30, 2015. (Def.'s Mot. Extend Discovery (Docket Entry No. 36).) Defendant states that he needs to depose Devon Beazer, who was driving the car in which Plaintiff was a passenger on the night of Plaintiff's arrest, and that Mr. Beazer has agreed to be available for a deposition on January 22, 2015, at 10:00 a.m.

AO 72A
(Rev.8/8
2)

(Id. at 2.)  Defendant, however, does not indicate that Plaintiff consents to the requested extension.  (See generally id. at 1-2.)

Plaintiff has not yet had an opportunity to file a response to the Motion to Extend Discovery.  The Court, however, finds that no response from Plaintiff is necessary because the requested extension will not be lengthy and certainly should not prejudice Plaintiff.  The Court further finds that it is appropriate to grant the limited extension of discovery requested by Defendant.

ACCORDINGLY, the Court **GRANTS** Defendant's Motion to Extend Discovery [36], and **EXTENDS** the discovery period in this case **THROUGH AND INCLUDING** January 30, 2015.  The deadlines for filing dispositive motions and the proposed consolidated pretrial order are extended accordingly.

IT IS SO ORDERED, this the 15 day of January, 2015.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

2