UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| RENEE SCHROEDER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | FILE NO. 4:14-CV-130-HLM |
| | : | |
| v. | : | |
| | : | |
| CALEB GILBERT, in his individual | : | |
| capacity, | : | |
| | : | |
| Defendant. | : | |

## NOTICE TO TAKE DEPOSITION

**TO:**  DEVON O. BEAZER
900 Walton Way
Apt. 5002
Roswell, GA 30076

**PLEASE TAKE NOTICE** that on **Thursday, January 22, 2015 at 10:00 a.m.** at the offices of Carothers & Mitchell, LLC, 1809 Buford Highway, Buford, Georgia 30518, Defendant will take the deposition of **DEVON O. BEAZER** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before an officer duly authorized by law to take depositions. This deposition shall continue from day to day until it is completed. This deposition will be taken before an officer duly authorized by law to administer oaths, and will be recorded by stenographic means.

This deposition will be taken for purposes of discovery and all other purposes permitted by the Federal Rules of Civil Procedure.

This 16th day of January, 2015.

CAROTHERS & MITCHELL, LLC


/s/ Amy B. Cowan
RICHARD A. CAROTHERS
Georgia Bar No. 111075
AMY B. COWAN
Georgia Bar No. 159003
Attorneys for Defendant

1809 Buford Highway
Buford, GA 30518
770-932-3552

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| RENEE SCHROEDER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | FILE NO. 4:14-CV-130-HLM |
| | : | |
| v. | : | |
| | : | |
| CALEB GILBERT, in his individual | : | |
| capacity, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R.5.1B**

I HEREBY CERTIFY that I have this date electronically filed the **NOTICE TO TAKE DEPOSITION** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey R. Filipovits, Esq.
Filipovits Law Firm, P.C.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341

I further certify pursuant to L.R. 7.1(D) that the above-titled document complies with L.R. 5.1(C) and was prepared using a 14 point Times New Roman font.

This 16th day of January, 2015.

/s/ Amy B. Cowan
RICHARD A. CAROTHERS
Georgia Bar No. 111075
AMY B. COWAN
Georgia Bar No.159003
Attorneys for Defendant Caleb Gilbert

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
(770) 932-3552