## COMMUNICATIONS
### Event Report

| | | |
|---|---|---|
| Event ID: **2013-192940** | Call Ref #: 288 | Date/Time Received: 08/02/13 21:38:53 |
| Rpt #: 13-005131 | Prime Unit: 3232 GILBERT, CALEB | Services Involved |
| Call Source: SELF | | LAW |

Location: **PERIMETER CTR/MOUNT VERNON HWY**

X-ST:

Jur: SS  Service: LAW  Agency: DPD
St/Beat: N2  District: SSN  RA: 3

Business:  Phone:  GP: L15

Nature: **TRAFFIC STOP**   Alarm Lvl: 1   Priority: 2   Medical Priority: 0

Reclassified Nature:

Caller:   Alarm:
Addr:   Phone:   Alarm Type:

Vehicle #: APJ3341   St: GA   Report Only: No   Race:   Sex:   Age:

Call Taker: MCHILDERS   Console: PD5

Geo-Verified Addr.: Yes   Nature Summary Code:   Disposition: C5   Close Comments:

Notes:

*See Event Notes Addendum at end of this report*

### Times

| | Time From Call Received | |
|---|---|---|
| Call Received: 08/02/13 21:38:53 | | Unit Reaction: *(1st Dispatch to 1st Arrive)* |
| Call Routed: 08/02/13 21:38:53 | | En-Route: 000:02:32 *(1st Dispatch to 1st En-Route)* |
| Call Take Finished: 08/02/13 21:38:53 | | On-Scene: 002:57:52 *(1st Arrive to Last Clear)* |
| 1st Dispatch: 08/02/13 21:38:53 | *(Time Held)* | |
| 1st En-Route: 08/02/13 21:41:25 | 000:02:32 | |
| 1st Arrive: 08/02/13 21:38:53 | *(Reaction Time)* | |
| Last Clear: 08/03/13 00:36:45 | 002:57:52 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 32 | 1460 | D | Dispatched | 08/02/13 21:38:53 | Stat/Beat: 30 ;SIL HONDA | | MCHILDERS |
| 32 | 1460 | A | Arrived | 08/02/13 21:38:53 | Stat/Beat: 30 ;SIL HONDA | | MCHILDERS |
| 31 | 1457 | D | Dispatched | 08/02/13 21:41:25 | Stat/Beat: 30 | | MCHILDERS |
| 31 | 1457 | E | En-Route | 08/02/13 21:41:25 | Stat/Beat: 30 | | MCHILDERS |
| 32 | 1460 | C10T | {3232} C10 TRAFFIC ST | 08/02/13 21:42:44 | | | MCHILDERS |
| 32 | 1460 | C10T | {3232} C10 TRAFFIC ST | 08/02/13 21:44:00 | | | MCHILDERS |
| 31 | 1457 | A | Arrived | 08/02/13 21:44:14 | | | MCHILDERS |
| 32 | 1460 | CUST | {3232} SUBJECT IN CUS | 08/02/13 22:35:22 | | | MCHILDERS |
| 32 | 1460 | MILE | Beg Mileage | 08/02/13 22:44:09 | Beg Mileage: 91255.7 | | MCHILDERS |


PLAINTIFF'S EXHIBIT 2 12/31/14

| Event ID: 2013-192940 | | | Call Ref #: 288 | TRAFFIC STOP at PERIMETER CTR/MOUNT VERNON HWY | | | |
|---|---|---|---|---|---|---|---|
| 32 | 1460 | T | Transport | 08/02/13 22:44:09 | To: DEKALB COUNTY JAIL/W/ONE | | MCHILDERS |
| ~1 | 1457 | C | Cleared | 08/02/13 22:45:45 | C9 | C9 | MCHILDERS |
| _ | 1460 | MILE | End Mileage | 08/02/13 23:08:30 | End Mileage: 91272 | | MCHILDERS |
| 32 | 1460 | A | Arrived | 08/02/13 23:08:30 | | | MCHILDERS |
| 32 | 1460 | ENT | Entered Vehicleid | 08/03/13 00:28:59 | [Vin:] JM1BK143851246714 [licpl_no:] BP | | Unit:3232 |
| 32 | 1460 | C | Cleared | 08/03/13 00:36:45 | C5 | C5 | FMADRID |

## Event Log

| it | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 08/02/13 21:38:53 | By: SELF | | MCHILDERS |
| | | FIN | Finished Call Taking | 08/02/13 21:38:53 | | | MCHILDERS |
| | | CHG | Changed Street | 08/02/13 21:40:22 | PERIMETER CENTER WEST/CROWN P | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:41:18 | | | MCHILDERS |
| | | SP | Spawned | 08/02/13 21:41:53 | Spawned LAW event #2013192942 | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:42:22 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:42:28 | | | CWINTHER |
| | | RSW | Reset Watchdog Timer | 08/02/13 21:42:44 | Units: 3232 >>> 5 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:42:44 | | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:42:57 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:43:45 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:43:58 | | | CWINTHER |
| | | RSW | Reset Watchdog Timer | 08/02/13 21:44:00 | Units: 3232 >>> 5 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:44:00 | | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:44:12 | | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:44:31 | | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:44:39 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:46:42 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:47:27 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 21:47:27 | Units: 3231,3232 >>> 5 Min. | | MCHILDERS |
| | | C10T | C10 TRAFFIC STOP/DO | 08/02/13 21:47:27 | | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:47:44 | | | CWINTHER |
| | | C10T | C10 TRAFFIC STOP/DO | 08/02/13 21:52:59 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 21:52:59 | Units: 3231,3232 >>> 5 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:52:59 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 21:53:04 | Units: 3231,3232 >>> 10 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 21:54:24 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 21:54:26 | | | CWINTHER |
| | | ARM | Added Remarks | 08/02/13 22:03:23 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 22:03:23 | Units: 3231,3232 >>> 5 Min. | | MCHILDERS |
| | | C10T | C10 TRAFFIC STOP/DO | 08/02/13 22:03:23 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 22:03:27 | Units: 3231,3232 >>> 20 Min. | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 22:23:56 | Units: 3231,3232 >>> 10 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 22:35:24 | | | MCHILDERS |
| | | C10T | C10 TRAFFIC STOP/DO | 08/02/13 22:35:39 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 22:35:40 | Units: 3231,3232 >>> 5 Min. | | MCHILDERS |
| | | ARM | Added Remarks | 08/02/13 22:35:40 | | | MCHILDERS |
| | | RSW | Reset Watchdog Timer | 08/02/13 22:35:45 | Units: 3231,3232 >>> 30 Min. | | MCHILDERS |

| Event ID: 2013-192940 | Call Ref #: 288 | TRAFFIC STOP at PERIMETER CTR/MOUNT VERNON HWY | |
|---|---|---|---|
| ARM | Added Remarks | 08/02/13 22:44:34 | MCHILDERS |
| ARM | Added Remarks | 08/02/13 22:44:34 | MCHILDERS |
| ARM | Added Remarks | 08/02/13 23:08:33 | MCHILDERS |
| RSW | Reset Watchdog Timer | 08/02/13 23:08:40 Units: 3232 >>> 999 Min. | MCHILDERS |
| RPT | Requested Report# | 08/02/13 23:12:40 DPD Report #13-005131 Unit:3232 | Unit:3232 |

### Related Names

| st, First, MI Suffix | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|
| azer, Devon Oswald | | M | 603 | 240 | | 09/22/88 | 24 | | |

ddress: 1840- Stockton Walk Ln Snellville, GA 30078
Oln: 054666916      Oln St:
Notes:

### Related Vehicles

| Tag | State | Type | Year | Make | Make Desc | Model | Color1 / Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| PB8875 | GA | | 2005 | MAZD | MAZDA | 3 MAZ | GRY | JM1BK143851246714 |
| PJ3341 | GA | PC | 2000 | HOND | HONDA | CIVIC | SIL | 1HGEJ8642YL016742 |

### Event Notes Addendum

Notes [3232-TRANSPORT] {3232} End Mileage: 91272  [08/02/13 23:08:33 MCHILDERS]
[3232-TRANSPORT] {3232} Beg Mileage: 91255.7  [08/02/13 22:44:34 MCHILDERS]
[3232-TRANSPORT] {3232} W/ONE  [08/02/13 22:44:34 MCHILDERS]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 22:35:40 MCHILDERS]
UDTS: {3232} SUBJECT IN CUSTODY  [08/02/13 22:35:24 MCHILDERS]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 22:03:23 MCHILDERS]
[LAW] UDTS: CODE 10 REMAINDER  [08/02/13 21:54:26 CWINTHER]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:54:24 CWINTHER]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:52:59 MCHILDERS]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:47:44 CWINTHER]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:47:27 MCHILDERS]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:46:42 CWINTHER]
[LAW] {1S51} VEH STOPPED ATT  [08/02/13 21:44:39 CWINTHER]
{3231} IN THE REAR OF TILTED KILT  [08/02/13 21:44:31 MCHILDERS]
{3232} MOUNT VERNON ENTRANCE..  [08/02/13 21:44:12 MCHILDERS]
UDTS: {3232} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:44:00 MCHILDERS]
[LAW] {1N220} O/S  [08/02/13 21:43:58 CWINTHER]
[LAW] {1N220} ENRT TO 1155 MOUNT VERNON  [08/02/13 21:43:45 CWINTHER]
[LAW] {1N220} AT THE INTERSECTION PDR MT VERNON  [08/02/13 21:42:57 CWINTHER]
UDTS: {3232} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:42:44 MCHILDERS]
[LAW] {1K12} IN THE AREA  [08/02/13 21:42:28 CWINTHER]
[LAW] {1N220} ON PDR ATT  [08/02/13 21:42:22 CWINTHER]
{3232} VEH STILL MOBILE...SLOWING DOWN ..POSS STOPPING AT LA FITNESS  [08/02/13 21:41:18 MCHILDERS]
SIL HONDA  [08/02/2013 21:38:53 MCHILDERS]