## COMMUNICATIONS

**Dunwoody Police Department CAD Report**

August 2, 2013 20:00 - August 2, 2013 22:00

| Incident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy<br>Prime Unit | Dist | St/Bt<br>Report # | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| 013192830 | 08/02/2013 20:06:26 | DUNWOODY VILLAGE PKWY/CHAMBLEE D | | | (S)MOUNT VERNON PLANTATION (N) | | DPD | SSN | N2 | 4 |
| TRAFFIC STOP | 2 | | SELF | | | C8 | 3221 | | | |

Notes:
BLK VOLKA [08/02/2013 20:06:26 MCHILDERS]

Time Received: 08/02/2013 20:06:26    1st Arrive: 08/02/2013 20:06:26    Incident Response Time:   :   :

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3221 | 08/02/2013 20:06:26 | 00:00:00 | 20:06:26 | 00:00:00 | 00:00:00 | 20:09:40 | C8 | 000:00:00 | 000:03:14 |

# Units: 1



| Incident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy   Dist   St/Bt   RA<br>Prime Unit Report # |
|---|---|---|---|---|---|---|---|
| 013192832 | 08/02/2013 20:08:12 | 41-100 PERIMETER CENTER EAST | | | | | DPD |
| INFORMATION FOR<br>OFFICER | 2 | DPD HQS | PHONE | | | C3 | 3231 |

Notes:
IGNONT, CHRISTOPHER ONSCENE TRYING TO TURN HIMSELF IN [08/02/13 20:08:36 BBAXTER]
AT HQS ATT [08/02/13 20:08:38 BBAXTER]
DOB: 7/25/87 [08/02/13 20:08:52 BBAXTER]
B/M [08/02/13 20:09:01 BBAXTER]
IN LOBBY [08/02/13 20:09:04 BBAXTER]
NOW ADV NEG WANT [08/02/13 20:09:51 BBAXTER]
TURNING SELF IN ON COURT ORDER TO SPEND 1 DAY IN CUST [08/02/13 20:10:09 BBAXTER]
UDTS: {3231} OFFICER WELFARE OKAY [08/02/13 20:18:54 MCHILDERS]
[3231-TRANSPORT] {3231} W/MALE [08/02/13 20:23:55 MCHILDERS]
[3231-TRANSPORT] {3231} Beg Mileage: 80454 [08/02/13 20:23:55 MCHILDERS]
[3231-TRANSPORT] {3231} End Mileage: 80468 [08/02/13 20:42:52 MCHILDERS]
{3231} SUPPLEMENTAL TO THE ORIGINAL CASE NUMBER [08/02/13 21:17:35 MCHILDERS]

Time Received: 08/02/2013 20:08:12    1st Arrive: 08/02/2013 20:13:59    Incident Response Time: 000:05:47

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3231 | 08/02/2013 20:08:56 | 20:08:56 | 20:13:59 | 20:23:44 | 00:00:00 | 21:17:37 | C3 | 000:05:03 | 001:03:38 |

# Units: 1

| Incident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy   Dist   St/Bt   RA<br>Prime Unit Report # |
|---|---|---|---|---|---|---|---|
| 013192844 | 08/02/2013 20:20:12 | 5562 CHAMBLEE DUNWOODY RD | | D | | | DPD   DWY   20 |
| BUSINESS CHECK | 2 | | SELF | MOES SOUTHWEST GRILL | | C3 | 3221 |

Notes:
C10R -OUT FOR MEAL- [08/02/2013 20:20:12 Unit:3221  ]
UDTS: {3221} CODE 10 REMAINDER [08/02/13 20:20:23 MCHILDERS]

Time Received: 08/02/2013 20:20:12    1st Arrive: 08/02/2013 20:20:13    Incident Response Time: 000:00:01

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3221 | 08/02/2013 20:20:13 | 00:00:00 | 20:20:13 | 00:00:00 | 00:00:00 | 20:50:14 | C3 | 000:00:00 | 000:30:01 |

# Units: 1

| Incident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy<br>Prime Unit | Dist<br>Report # | St/Bt | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| 013192856 | 08/02/2013 20:27:35 | 4601 VERMACK PL | | D | | | DPD | DWY | 30 | |
| NOISE COMPLAINT | 2 | ANDRE, RICHARD & | E911 | | | C3 | 3233 | | | |

Notes:
COMP ADV THERE IS CONSTRUCTION GOING ON IN THE AREA OF PEELER RD & CHAMBLEE  [08/02/13 20:29:24 CWINTHER]
COMP IS HAVING DINNER ON HER PATIO  [08/02/13 20:30:23 CWINTHER]
MEET WITH COMP AT HER ADDRESS  [08/02/13 20:30:29 CWINTHER]
CLLR IS VERY VERY VERY IRRATE ABOUT THE CONSTRUCTION  [08/02/13 20:31:47 CWINTHER]
UDTS: {3233} OFFICER WELFARE OKAY  [08/02/13 20:42:31 MCHILDERS]
{3233} MADE CONTACT W/THE COMPLT... COMPLT DOESNT BELIEVE THEY SHOULDNT BE ABLE TO WORK ON THE ROADS AT NIGHT...
AND SHE WILL CONTINUE TO CALL UNTIL IT STOPA  [08/02/13 20:45:59 MCHILDERS]
*STOPS*  [08/02/13 20:46:07 MCHILDERS]

Time Received: 08/02/2013 20:27:35    1st Arrive: 08/02/2013 20:37:52    Incident Response Time: 000:10:17

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3233 | 08/02/2013 20:29:14 | 20:29:14 | 20:37:52 | 00:00:00 | 00:00:00 | 20:47:49 | C3 | 000:08:38 | 000:09:57 |

# Units: 1

| Incident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy<br>Prime Unit | Dist<br>Report # | St/Bt | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| 013192870 | 08/02/2013 20:39:43 | ASHFORD DUNWOODY RD/MEADOW | | D | | | DPD | SSN | N1 | 5 |
| TRAFFIC STOP | 2 | | SELF | | | C7 | 3241 | | | |

s:
LIGHT COLOR ALTIMA  [08/02/2013 20:39:43 MCHILDERS]
NEG 52/TEMP-ACTIVE/  VALID 2003 NISS ALTIMA R/O MONICA BAYSMORE  [08/02/13 20:40:46 MCHILDERS]
{3241} FINAL STOP...ASHFORD DWDY/MEADOW LN  [08/02/13 20:41:41 MCHILDERS]
UDTS: {3241} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 20:46:18 MCHILDERS]
UDTS: {3241} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 20:51:59 MCHILDERS]

Time Received: 08/02/2013 20:39:43    1st Arrive: 08/02/2013 20:39:43    Incident Response Time: : :

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3241 | 08/02/2013 20:39:43 | 00:00:00 | 20:39:43 | 00:00:00 | 00:00:00 | 20:56:03 | C7 | 000:00:00 | 000:16:20 |

# Units: 1

| ncident # | Date/Time | Priority | Street / Caller Name | Call Src | City / Business | Additional Location Info | Close | Agcy | Dist | St/Bt | RA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 013192878 | 08/02/2013 20:45:10 | | 64 PERIMETER CENTER EAST | | | | | DPD | | | |
| DAMAGE TO PROPERTY | | 2 | ALLEN,QUINCEY | E911 | | | C5 | 3232 | | 13-005129 | |

Notes:
Busn: State Farm  [08/02/13 20:45:27 BBAXTER]
VEH DAMAGED  [08/02/13 20:45:37 BBAXTER]
GUM PUT ON VEH  [08/02/13 20:45:47 BBAXTER]
SRATCHES  [08/02/13 20:46:09 BBAXTER]
COMPL'S VEH 2013 BLU CHRY 200  [08/02/13 20:46:32 BBAXTER]
IN PDECK, ON 5TH FLOOR  [08/02/13 20:46:46 BBAXTER]
OCC LAST DATE  [08/02/13 20:46:53 BBAXTER]
UDTS: {3232} CODE 10 REMAINDER  [08/02/13 20:54:24 MCHILDERS]

Time Received: 08/02/2013 20:45:10     1st Arrive: 08/02/2013 20:54:23     Incident Response Time:  000:09:13

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3232 | 08/02/2013 20:48:55 | 20:48:55 | 20:54:23 | 00:00:00 | 00:00:00 | 21:20:51 | C5 | 000:05:28 | 000:26:28 |

# Units: 1

| cident #<br>lature | Date/Time<br> | Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | | Close | Agcy<br>Prime | Dist<br>Unit | St/Bt<br>Report # | RA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13192880 | 08/02/2013 20:47:32 | | 302 LAKE RIDGE LN | | D | | | | DPD | DWY | 30 | |
| 1EDICAL RESPONSE<br>)UNWOODY | | 2 | ATT 800-635-6840 | E911 | | | | C9 | 3233 | | | |

lotes:
APTS//GABLES METRO [08/02/13 20:47:01 CWINTHER]
[EMS] ***DIREGARD LAST [08/02/13 20:47:38 CWINTHER]
[EMS] APTS// COLUMNS AT LAKE RIDGE [08/02/13 20:47:47 CWINTHER]
[EMS] FRIEND OVERDOSE NOT BREATHINGING [08/02/13 20:47:57 CWINTHER]
UDTS: Field Supv Notified [08/02/13 20:48:36 MCHILDERS]
[EMS] DEK [08/02/13 20:49:10 CWINTHER]
[EMS] UDTS: DEKALB 911 ACCEPTED CALL [08/02/13 20:49:14 CWINTHER]
[EMS] OP/T.JONES CLR ON CALL [08/02/13 20:49:27 CWINTHER]
[EMS] APT 302 // BLDG 3 [08/02/13 20:50:09 CWINTHER]
[EMS] SUBJ IS BREATHING ATT [08/02/13 20:50:21 CWINTHER]
NOT AWAKE // NOT CONSCIOUS // NOT BREATHING AGAIN [08/02/13 20:51:22 CWINTHER]
CPR IN PROGRESS [08/02/13 20:51:41 CWINTHER]
UNITS UPDATED [08/02/13 20:52:04 MCHILDERS]
{3233} MALE W/SHALLOW BREATHING/LOW PULSE//NOT RESPONSIVE [08/02/13 20:53:48 MCHILDERS]
{3233} DIRE O/S [08/02/13 20:58:48 MCHILDERS]
**FIRE OS** [08/02/13 20:58:53 MCHILDERS]

Time Received: 08/02/2013 20:47:32   1st Arrive: 08/02/2013 20:52:50   Incident Response Time: 000:05:18

| 'nit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3221 | 08/02/2013 20:50:18 | 20:50:18 | 20:54:08 | 00:00:00 | 00:00:00 | 21:02:32 | C9 | 000:03:50 | 000:08:24 |
| 3233 | 08/02/2013 20:48:14 | 20:48:14 | 20:52:50 | 00:00:00 | 00:00:00 | 21:05:34 | C9 | 000:04:36 | 000:12:44 |

# Units: 2

| Incident # | Date/Time | Street | | City | Additional Location Info | | Agcy | Dist | St/Bt | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| Nature | Priority | Caller Name | Call Src | Business | | Close | Prime Unit | Report # | | |
| 013192897 | 08/02/2013 21:06:48 | 2278 KINGSLAND DR | | D | MEET AT 41-100 PERIMETER | | DPD | DWY | 20 | |
| LARCENY | 2 | DPD | PHONE | | | C5 | 3233 | 13-005130 | | |

Notes:
    A/m in lobby in ref to stolen grill  [08/02/13 21:06:59 BBAXTER]
    MEET WITH AT HQS  [08/02/13 21:07:25 BBAXTER]
    OCC AT 2278 KINGSLAND DR  [08/02/13 21:07:35 BBAXTER]
    UDTS: {3233} CODE 10 REMAINDER  [08/02/13 21:18:02 MCHILDERS]

Time Received: 08/02/2013 21:06:48   1st Arrive: 08/02/2013 21:18:00   Incident Response Time:  000:11:12

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3233 | 08/02/2013 21:10:08 | 21:10:08 | 21:18:00 | 00:00:00 | 00:00:00 | 21:54:57 | C5 | 000:07:52 | 000:36:57 |

# Units: 1

| Incident # | Date/Time | Street | | City | Additional Location Info | | Agcy | Dist | St/Bt | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| 013192905 | 08/02/2013 21:15:46 | 5556 CHAMBLEE DUNWOODY RD | | D | | | DPD | DWY | 20 | |
| ALARM SILENT OR AUDIBLE | 1 | TYCO | PHONE | ECKERD DBA RITE AID 11798 | | C12 | 3221 | | | |

Notes:
    POA FRONT DOOR/FRONT CURTAIN RED MOTION  [08/02/13 21:16:11 CTAYLOR]
    NO ANS AT LOC  [08/02/13 21:16:16 CTAYLOR]
    PD DISPATCH FIRST  [08/02/13 21:16:21 CTAYLOR]
    {3221} EMPLOYEES O/S...C10...CANX 2ND UNIT  [08/02/13 21:19:37 MCHILDERS]

Time Received: 08/02/2013 21:15:46   1st Arrive: 08/02/2013 21:18:21   Incident Response Time:  000:02:34

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3221 | 08/02/2013 21:16:17 | 21:16:17 | 21:18:21 | 00:00:00 | 00:00:00 | 21:21:10 | C12 | 000:02:04 | 000:02:49 |
| 3241 | 08/02/2013 21:18:24 | 21:18:24 | 00:00:00 | 00:00:00 | 00:00:00 | 00:00:00 | | : : | : : |

# Units: 2

| :cident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy<br>Prime | Dist<br>Unit Report # | St/Bt | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| )13192925 | 08/02/2013 21:26:48 | ASHFORD DUNWOODY RD/HAMMOND | | D | | | DPD | SSS | S3 | 3 |
| fRAFFIC STOP | 2 | | SELF | | | C8 | 3232 | | | |

Notes:
GRN ESCORT  [08/02/2013 21:26:48 MCHILDERS]
{3232} FINAL STOP IS HAMMOND/ASHFORD DWDY  [08/02/13 21:27:52 MCHILDERS]
TAG COMES BACK TO A DIFF VEH... 1998 BLU MERC SABLE  [08/02/13 21:29:46 MCHILDERS]

Time Received: 08/02/2013 21:26:48    1st Arrive: 08/02/2013 21:26:48    Incident Response Time:   : :

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3232 | 08/02/2013 21:26:48 | 00:00:00 | 21:26:48 | 00:00:00 | 00:00:00 | 21:30:06 | C8 | 000:00:00 | 000:03:18 |

# Units: 1

| ιcident #<br>Nature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | Close | Agcy<br>Prime | Dist<br>Unit | St/Bt<br>Report # | RA |
|---|---|---|---|---|---|---|---|---|---|---|
| )13192940 | 08/02/2013 21:38:53 | PERIMETER CTR/MOUNT VERNON HWY | | SS | | | DPD | SSN | N2 | 3 |
| TRAFFIC STOP | 2 | | SELF | | | C5 | 3232 | | 13-005131 | |

Notes: SIL HONDA  [08/02/2013 21:38:53 MCHILDERS]
{3232} VEH STILL MOBILE...SLOWING DOWN ..POSS STOPPING AT LA FITNESS  [08/02/13 21:41:18 MCHILDERS]
[LAW] {1N220} ON PDR ATT  [08/02/13 21:42:22 CWINTHER]
[LAW] {1K12} IN THE AREA  [08/02/13 21:42:28 CWINTHER]
UDTS: {3232} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:42:44 MCHILDERS]
[LAW] {1N220} AT THE INTERSECTION PDR MT VERNON  [08/02/13 21:42:57 CWINTHER]
[LAW] {1N220} ENRT TO 1155 MOUNT VERNON  [08/02/13 21:43:45 CWINTHER]
[LAW] {1N220} O/S  [08/02/13 21:43:58 CWINTHER]
UDTS: {3232} C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:44:00 MCHILDERS]
{3232} MOUNT VERNON ENTRANCE..  [08/02/13 21:44:12 MCHILDERS]
{3231} IN THE REAR OF TILTED KILT  [08/02/13 21:44:31 MCHILDERS]
[LAW] {1S51} VEH STOPPED ATT  [08/02/13 21:44:39 CWINTHER]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:46:42 CWINTHER]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:47:27 MCHILDERS]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:47:44 CWINTHER]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:52:59 MCHILDERS]
[LAW] UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 21:54:24 CWINTHER]
[LAW] UDTS: CODE 10 REMAINDER  [08/02/13 21:54:26 CWINTHER]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 22:03:23 MCHILDERS]
UDTS: {3232} SUBJECT IN CUSTODY  [08/02/13 22:35:24 MCHILDERS]
UDTS: C10 TRAFFIC STOP/DOMESTIC  [08/02/13 22:35:40 MCHILDERS]
[3232-TRANSPORT] {3232} W/ONE  [08/02/13 22:44:34 MCHILDERS]
[3232-TRANSPORT] {3232} Beg Mileage: 91255.7  [08/02/13 22:44:34 MCHILDERS]
[3232-TRANSPORT] {3232} End Mileage: 91272  [08/02/13 23:08:33 MCHILDERS]

Time Received: 08/02/2013 21:38:53   1st Arrive: 08/02/2013 21:38:53   Incident Response Time:   : :

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3231 | 08/02/2013 21:41:25 | 21:41:25 | 21:44:14 | 00:00:00 | 00:00:00 | 22:45:45 | C9 | 000:02:49 | 001:01:31 |
| 3232 | 08/02/2013 21:38:53 | 00:00:00 | 21:38:53 | 22:44:09 | 00:00:00 | 00:36:45 | C5 | 000:00:00 | 002:57:52 |

# Units: 2

| cident #<br>lature | Date/Time<br>Priority | Street<br>Caller Name | Call Src | City<br>Business | Additional Location Info | | Close | Agcy Dist St/Bt RA<br>Prime Unit Report # |
|---|---|---|---|---|---|---|---|---|
| )13192946 | 08/02/2013 21:46:34 | 2938 WINTERHAVEN CT | | D | | | | DPD DWY 40 |
| ILARM SILENT OR<br>IUDIBLE | 1 | TRUST SECURITY | PHONE | | | | C12 | 3241 |

Jotes:
Dek xfer [08/02/13 21:46:38 BBAXTER]
DEK OPT SF [08/02/13 21:46:50 BBAXTER]
AUDIBLE [08/02/13 21:47:25 BBAXTER]
POA: GARAGE FRONT DOOR, GENERAL MOTION, [08/02/13 21:47:35 BBAXTER]
ADV MALE ANSWERED PHONE -- DID NOT RESPOND IN ENGLISH-- UNABLE TO OBTAIN PASSCODE [08/02/13 21:47:50 BBAXTER]
RESD NAMES: XUELI MA, AND HUIGAN LIU [08/02/13 21:48:22 BBAXTER]
PREMISE: 678-431-8788 -- MALE ANSWERED THIS NUMBER [08/02/13 21:48:37 BBAXTER]
X ST: WINTERS CHAPEL RD [08/02/13 21:48:43 BBAXTER]
SUDB WINTERHAVEN [08/02/13 21:48:52 BBAXTER]
NO SPEC INSTRUC [08/02/13 21:48:55 BBAXTER]
K/H WILL BE ATTEMPT -- ONLY 1 LISTED [08/02/13 21:49:07 BBAXTER]

Time Received: 08/02/2013 21:46:34   1st Arrive: 08/02/2013 21:58:52   Incident Response Time: 000:12:17

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3241 | 08/02/2013 21:47:39 | 21:47:39 | 21:58:52 | 00:00:00 | 00:00:00 | 22:03:13 | C12 | 000:11:13 | 000:04:21 |

# Units: 1

| ,92954 | 08/02/2013 21:51:10 | 41-100 PERIMETER CENTER EAST | | | | | | DPD |
|---|---|---|---|---|---|---|---|---|
| NFORMATION FOR<br>IFFICER | 2 | DPD | PHONE | | | | C3 | 3264 |

Jotes:
PHONE CALL FOR 3264 [08/02/13 21:51:19 BBAXTER]
3Z1434 [08/02/13 21:51:54 BBAXTER]
KREIG REQ PHONE CALL [08/02/13 21:52:17 BBAXTER]

Time Received: 08/02/2013 21:51:10   1st Arrive: 08/02/2013 21:52:19   Incident Response Time: 000:01:08

| Unit | Dispatch | En-Route | Arrive | Transport | Hospital | Clear | Close Code | Unit Response Time | On-Scene |
|---|---|---|---|---|---|---|---|---|---|
| 3264 | 08/02/2013 21:52:19 | 00:00:00 | 21:52:19 | 00:00:00 | 00:00:00 | 21:55:18 | C3 | 000:00:00 | 000:02:59 |

# Units: 1

# Events Listed: 16