**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name | **Dunwoody Police Department** | Case# **13-005131** |
| ORI | **GA 0447100** | Date / Time Reported **08/02/2013 21:38 Fri** |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract | Last Known Secure **08/02/2013 21:38 Fri** |
|---|---|---|---|
| *133 Perimeter Center West/crown Pointe Pkwy,* | Highway /road /alley | 30 | At Found **08/02/2013 21:38 Fri** |

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Drug-barbiturate-possession* 3582 | F | *NOT APPLICABLE/NONE* | | | |
| | | | Entry | Exit | Security | |
| #2 | *Improper Lane Usage* 40-6-48 | M | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| | # of Victims *1* | Type:  SOCIETY/PUBLIC | Injury: | | | | Domestic: N | |
|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) *State Of Georgia* | | Victim of Crime # *1,2* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type:  INDIVIDUAL( NON LE) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *BEAZER, DEVON OSWALD* | Victim of Crime # | DOB *09/22/1988* Age  24 | Race *B* | Sex *M* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |

| Home Address *1840 Stockton Walk Ln  Snellville, GA 30078* | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| Type:  INDIVIDUAL( NON LE) | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *ANDRUSCAVAGE, ERICA* | Victim of Crime # | DOB *06/09/1981* Age  32 | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |

| Home Address *4591 White Marsh Ter  Salisbury, MD 60981* | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *77* | *EVID* | *$100.00* | | *7* | *PILL BOTTLE CONTAINING 7 PILLS* | *CLONAZOPAM* | |
| | *02* | *1* | *$5,000.00* | | *1* | *2000 SIL ,   APJ3341  GA* | *HOND Civic U.s. E* | *1HGEJ8642YL016742* |

PLAINTIFF'S EXHIBIT **4** *12/31/14*

| Officer/ID# *GILBERT, C.  (1460)* | | | | |
|---|---|---|---|---|
| Invest ID# *(0)* | | | Supervisor *FURMAN, W.  (1428)* | |
| Status | Complainant Signature | Case Status *Cleared By Arrest* *08/02/2013* | Case Disposition: | Page 1 |

# INCIDENT/INVESTIGATION REPORT

By: RCOLEMAN,                    08/09/2013 15:03

Page 2

*Dunwoody Police Department*

Case#  *13-005131*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

Page 2

NARRATIVE

REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| Dunwoody Police Department | | 13-005131 |
| Victim | Offense | Date / Time Reported |
| Society | DRUG-BARBITURATE-POSSESSION | Fri 08/02/2013 21:38 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On August 2, 2013 at approximately 2138 hours I conducted a traffic stop concerning a silver Honda Accord displaying Georgia tag APJ3341. Said investigation was reference the vehicle failing to maintain a single lane of travel and swerving within its roadway. This violation was observed on Perimeter Center West and Crown Pointe Parkway. I activated my emergency lights to affect the stop at Perimeter Center West and Mt. Vernon Road. The vehicle continued at a slow rate of speed until it stopped inside the parking lot of LA Fitness which is located at the intersection of Mt. Vernon Road and Perimeter Center West. As the vehicle was coming to a complete stop I observed the rear seat passenger hand the front seat passengers an unidentified item.

I made verbal contact with driver, Devon Beazer 09/22/1988. I advised him the reason for the stop and asked him why he was failing to maintain lane. I observed an active GPS in the front windshield, hence I asked him if he was trying to look at the GPS for directions and he indicated that was the reason he failed to maintain a single lane of travel. I requested he exit the vehicle. Upon him exiting the vehicle I asked him why it took so long for him to stop the vehicle and he indicated he was looking for a safe location to stop. I informed him I had observed the rear seat passenger hand something to the front seat passengers. He indicated he did not know of any items being passed from the rear seat passenger. Hence, based on these actions I asked Mr. Beazer consent to search his vehicle, and he verbally consented to me searching his vehicle. I did ask Mr. Beazer how he was acquainted with the passengers and he indicated the front seat passenger was his girlfriend and the rear seat passenger was a friend of his girlfriends.

I had the rear seat passenger exit the vehicle and as she opened her door I detected a faint odor of marijuana coming from the interior of the vehicle. I explained to her what was happening and had her stand by Mr. Beazer who was positioned at the front of my patrol vehicle. Lastly, I began to speak with the front seat passenger, Schroeder, Renee 10/23/1982 while she was still sitting in the front passenger seat. I explained to her the current situation and I asked her how she knew the driver and she did not describe him as a boyfriend. She indicated he was a friend. I asked her why he described her as a girlfriend and she indicated he was a boyfriend. Mrs. Schroeder further explained she was currently separated from her husband. Prior to Mrs. Schroeder exiting the vehicle she asked if she could take her purse. I informed Mrs. Schroeder I wanted to look through her purse prior to her maintaining non-controlled possession of the purse. She indicated I could look through the purse, by handing it to me. I placed the purse on the trunk of the car and Mrs. Schroeder went and stood by with the other passengers. Prior to a thorough search of Mrs. Schroeder's purse she interrupted me by indicated she had her soon to be ex-husband's pills inside her purse. She retrieved the pills. They were contained in a pill bottle marked William Schroeder. This pill bottle was an older bottled and appeared to have been originally issued in October of 2010. Inside the bottle were 7 pills. These pills were marked on the front with a "V" and a 2530 on the back. I was able to identify these pills via drugs.com, which based on the mentioned pill markings I determined the pills to be Clonazopam. Clonazopam is a schedule four drug used to treat anxiety issues. The vehicle was searched by Officer Cheek and me and no additional contraband was located.

Upon asking Ms. Schroeder about the pills she indicated the following. When she was together with her husband she would keep them in her purse for him. I asked how long she had been separated from her husband and she stated they separated in March of 2013. I asked her when the last time she had seen her soon to be ex-husband and she indicated May of 2013. She stated she had seen him several times in the month of March but did not return the pills because she forgot. Mrs. Schroeder further stated she had not cleaner her purse since December of 2012. She did indicate she was prescribed Ativan, which is an anti-depressant, but had not taken the substance since December of

---

Reporting Officer: GILBERT, C.

Printed By: RCOLEMAN,      08/09/2013 15:04

# REPORTING OFFICER NARRATIVE

| Dunwoody Police Department | | OCA |
|---|---|---|
| | | *13-005131* |
| Victim | Offense | Date / Time Reported |
| *Society* | *DRUG-BARBITURATE-POSSESSION* | *Fri 08/02/2013 21:38* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

2012. I did attempt to contact her soon to be ex-husband via telephone with a number she provided. He did not answer the phone after multiple attempts of calling the provided number.

Mrs. Schroeder was taken into custody reference VGCSA-synthetic drugs. I handcuffed Mrs. Schroeder with her hands behind her back. The handcuffs were double locked and rechecked for comfort and fit. She was placed in the rear of my patrol vehicle for transport.

I released Mr. Beazer with a verbal warning. I transported Ms. Schroeder to DeKalb County Jail, and she was released to jail staff without further incident. I did secure warrants for Mrs. Schroeder`s arrest through the DeKalb County Magistrate Court.

## Incident Report Suspect List

*Dunwoody Police Department*

OCA: *13-005131*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | **Name (Last, First, Middle)**<br>*SCHROEDER, RENEE NICOLE*<br><br>Business Address | | | Also Known As | | Home Address<br>*105 PRINCE ROAD*<br>*GREENVILLE, NC 27858*<br>*570-239-5342* |

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *10/23/1982* | *30* | *W* | *F* | *N* | *504* | *95* | *BLN* | *GRN* | *LGT* | *30264280 NC* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel | | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | Physical Char |
|---|---|
| | |

## Incident Report Related Vehicle List

*Dunwoody Police Department*

OCA: *13-005131*

| | VehYr/Make/Model | | Style | | Color | | Lic/Lis | | Vin | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *2000 HOND, Civic U.s. E* | | *4S* | | *SIL* | | *APJ3341 GA 2013* | | *1HGEJ8642YL016742* | |

| IBR Status | Date | Location |
|---|---|---|
| *None* | *08/02/2013* | *133 PERIMETER CENTER WEST/CROWN POINTE PKWY, DUNWOODY GA* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$5,000.00* | *18H* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * | | |

| Business Address |
|---|
| |

| DOB. | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | *0* | | | | | |

Notes

## Incident Report Related Property List

*Dunwoody Police Department*

OCA: *13-005131*

| 1 | Property Description<br>*PILL BOTTLE CONTAINING 7 PILLS* | | Make<br>*CLONAZOPAM* | | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value<br>*$100.00* | | Qty<br>*7.000* | Unit<br>*PI* | Jurisdiction<br>*Locally* | |
| | Status<br>*Evidence* | Date<br>*08/02/2013* | NIC # | | State # | | Local # | | OAN |
| | Name (Last, First, Middle)<br>*\* No name \** | | | | DOB | | Age | Race | Sex |

Notes