CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.    13-W-034538
CASE NO.    dw13005131

Renee Nicole Schroeder
DOB:
105 PERROG ROAD
GREENVILLE, NC. 27858.

Race:W, Sex: Female, Height:5'04", Weight:95,
Hair:BLN (Blond), Eyes:GRN (Green)
Custody: Yes Location: County Jail

Prosecutor: C. C. Gilbert
41 Perimeter Center East, #100
Dunwoody,GA,30346
Phone No: 678-382-6900
BadgeNo:1460 Agency:Dunwood
Witness:

## AFFIDAVIT

Personally appeared the undersigned prosecutor, C. C. Gilbert who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 8/2/2013  9:38:00PM and  8/2/2013  9:38:00PM at Perimeter Center West/Crown Pointe Parkway, ATLANTA, GA, 30346 , DEKALB, COUNTY did commit the offense of  VGCSA Possession ( Felony ) In violation of O.C.G.A . 16-13-30(a) and against  State of GEORGIA and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:said accused did possess Clonazopam, a IV Controlled Substance, in Violation of the Georgia Controlled Substances Act  Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Probable Cause:
Accused found in possession of drugs.

Sworn to and subscribed before me this 8/2/2013 11:43:38 PM

Judge:    Howard  Indermark
Magistrate Court of DEKALB COUNTY

8/2/2013 11:43:19 PM
Prosecutor:C. C. Gilbert
Agency: Dunwoody Police Dept.
Badge:1460

## STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein,  and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  8/2/2013 11:43:38 PM

Judge:   Howard  Indermark
Magistrate Court of DEKALB COUNTY

## ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, Renee Nicole Schroeder , be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of OTHER-JUDGE SETS,  to assure the presence of said accused at arraignment, trial and final disposition in the  Superior Court State Court of  DEKALB COUNTY.

SPECIAL CONDITION OF BOND ☐



PLAINTIFF'S
EXHIBIT
6
12/31/14