SCHROEDER, RENEE NICOLE

[REDACTED]

[REDACTED]

**PHOTO ON FILE**

Race: W   Sex: F   DOB: [REDACTED]   OLN: [REDACTED]

SSN: [REDACTED]   Height: 504   Weight: 95   Hair: BLN   Eye: GRN

Home Phone: [REDACTED]

RMS ID: 73871

[ALERTS]

08/02/2013 DRUG USER

Alert Expires: No Expiration Date Set

Notes: Located clonazopam in her purse.

[ARRESTS]

08/02/2013 DRUG-BARBITURATE-POSSESSION, F

[INCIDENTS]

08/02/2013 21:38 {OFFENDER} DRUG-BARBITURATE-POSSESSION

133 PERIMETER CENTER WEST/CROWN POINTE PKWY, DUNWOODY

Case #:13005131 Case Status:CLEARED BY ARREST


PLAINTIFF'S EXHIBIT 7  12/31/14