UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RENEE SCHROEDER,          :

      Plaintiff,          :          CIVIL ACTION
                  :          FILE NO. 4:14-CV-130-HLM
                  :
v.          :
                  :
CALEB GILBERT, in his individual  :
capacity,          :
                  :
      Defendant.          :

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

COMES NOW, Caleb Gilbert, in his individual capacity, Defendant in the above-styled case, and responds to Plaintiff's Requests for Production as follows:

## GENERAL OBJECTIONS AND QUALIFICATIONS

1.

Defendant objects to each and every request to the extent said request, whether standing alone or taken in conjunction with any and all other requests, is calculated, or would operate, to annoy, embarrass, oppress, unduly burden or unduly cause expense to Defendant, or would be unduly vexatious or unduly burdensome to respond to, on the ground that said request exceeds the permissible scope of discovery under the Federal Rules of Civil Procedure.

PLAINTIFF'S
EXHIBIT

8

12/31/14

PENGAD 800-631-6989

2.

Defendant objects to each and every request to the extent said request requires Defendant to respond by acquiring or supplying information which would be irrelevant to the subject matter or issues of this action, and not reasonably calculated to lead to the discovery of admissible evidence, on the ground that said request exceeds the permissible scope of discovery under the Federal Rules of Civil Procedure.

3.

Defendant objects to each and every request to the extent said request requires Defendant to respond by waiving its attorney-client privilege, on the ground that said request exceeds the permissible scope of discovery under the Federal Rules of Civil Procedure.

4.

Without waiving or prejudicing its rights to assert these general objections or any other objections which may be set forth herein, and in a good faith effort to provide the information available to the Defendant at this stage of discovery, the Defendant will provide responsive and non-objectionable information now available to it with regard to certain of the requests at a time and place mutually agreed upon by counsel for the parties.

5.

Insofar as any of the requests seek information to which the foregoing general objections apply, specification of or failure to note particular general objections is not a waiver of those or other general objections with respect to any request.

## REQUESTS FOR PRODUCTION

1.

Produce a copy of the arrest warrant affidavit you submitted to the DeKalb County Magistrate Court to secure an arrest warrant for Renee Schroeder.

### RESPONSE

The requested arrest warrant affidavit is attached.

2.

Produce a copy of the arrest warrant issued by the DeKalb County Magistrate Court for the arrest of Renee Schroeder.

### RESPONSE

The requested arrest warrant is attached.

3.

Produce the video recording of the arrest of Renee Schroeder identified in your Initial Disclosures.

**RESPONSE**

A DVD containing the video recording of the traffic stop and arrest is attached.

4.

Produce copies of any documents identified in your Initial Disclosures.

**RESPONSE**

The City of Dunwoody Incident / Investigation Report, including Reporting Officer Narrative, and the DVD containing the video recording of the traffic stop and arrest is attached.

5.

Produce any other documents you contend are relevant to Plaintiff's claims or to the defenses asserted in your Answer to Plaintiff's complaint.

**RESPONSE**

Please see the attached.   Defendant reserves the right to supplement its response to this request.

6.

Produce any insurance policy, indemnification agreement, or other agreement whereby any third party has agreed to pay any portion of judgment against you in this case.

## RESPONSE

Please see the attached.

Respectfully submitted, this 22nd day of September, 2014.

CAROTHERS & MITCHELL, LLC

/s/ Amy B. Cowan
RICHARD A. CAROTHERS
Georgia Bar No. 111075
AMY B. COWAN
Georgia Bar No. 159003
Attorneys for Defendant Caleb Gilbert

1809 Buford Highway
Buford, GA 30518
(770) 932-3552

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RENEE SCHROEDER,                    :
                                    :       CIVIL ACTION
            Plaintiff,              :       FILE NO. 4:14-CV-130-HLM
                                    :
      v.                            :
                                    :
CALEB GILBERT, in his individual    :
capacity,                           :
                                    :
            Defendant.              :

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R.5.1B

I HEREBY CERTIFY that I have this date served a copy of the within and

foregoing **DEFENDANT'S OBJECTIONS AND RESPONSES TO**

**PLAINTIFF'S REQUESTS FOR PRODUCTION** upon all parties by depositing

a copy in the United States mail, postage prepaid, addressed as follows:

Jeffrey R. Filipovits, Esq.
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341

I further certify pursuant to L.R. 7.1D that the above-titled document complies

with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

This 22nd day of September, 2014.

/s/ Amy B. Cowan
AMY B. COWAN
Georgia Bar No.159003
Attorneys for Defendant Caleb Gilbert

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, Georgia 30518
(770) 932-3552

MUST BE NOTED

Involved in:
Vehicle Accident ☐
Physical Altercation ☐
None ☐

**DeKALB COUNTY JAIL**
**ARREST INFORMATION RECORD**

MUST BE NOTED
1. Do you have any health problems?
_____ Yes _____ No
2. Immediate referral to Medical?
_____ Yes _____ No

| NAME – LAST, FIRST, MIDDLE | | | RACE | SEX | BIRTHDATE | | HGT | WGT | HAIR | EYES | SKIN | POB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schroeder, Peace Nicole | | | W | F | | | 5-1 | 75 | BLN | GRN | LGT | PA |

| ADDRESS | | CITY | | STA | PHONE NO. | PID |
|---|---|---|---|---|---|---|
| | | | | | | |

| OCCUPATION | EMPLOYER — ADDRESS | | PHONE NO. |
|---|---|---|---|
| | | | |

| ALIAS | SOC SEC NO | OLN | OLS | OLY |
|---|---|---|---|---|
| | | | | |

| DATE OF ARREST | TIME OF ARREST | ARRESTING OFFICER | BADGE NO | AGENCY |
|---|---|---|---|---|
| 08/02/13 | 2138 | C Gilbert | 1460 | Dunwoody PD |

| REPORT NO | SECOND ARRESTING OFFICER | BADGE NO | AGENCY |
|---|---|---|---|
| 13005131 | | | |

| | OFFENSE CODE AOC | DATE OF OFFENSE DOO | M/F | CHARGE | CTS | WARRANT NUMBER | BOND |
|---|---|---|---|---|---|---|---|
| 1 | 16-13-30 | 08/02/13 | F | YGCSA prescription medication (Felony) | 1 | Pending | Pending |
| 2 | | | | | | | |
| 3 | | | | | | | |

HOLDS

| COUNTY / AGENCY | CHARGE | WARRANT NO. | PHONE NO. |
|---|---|---|---|
| | | | |

| CREDIT CARD/BANK ACCOUNT NO. | ARRESTING OFFICER SIGNATURE |
|---|---|
| | C Gilbert 1460 |

| AGE | BUILD | HAIR TYPE – Receding, Bald, Curly, Kinky, Long, Dyed |
|---|---|---|
| | | |

| MUSTACHE – BEARD – GOATEE | SCAR, MARK, TATTOO | SPEECH OR ACCENT |
|---|---|---|
| | | |

| OUTSTANDING CHARACTERISTICS | VEHICLES | CLOTHING TYPE – UNIFORM, SPORT, WORK |
|---|---|---|
| | | |

| MARITAL STATUS | SPOUSE | ADDRESS | PHONE NO. |
|---|---|---|---|
| | | | |

| PARENTS | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

| NOTIFY IN CASE OF EMER | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

| ACCOMPLICE | ADDRESS | PHONE NO. |
|---|---|---|
| 1 | | |
| 2 | ADDRESS | PHONE NO. |

| SIGNATURE OF ARRESTEE | PROCESSED BY | TIME |
|---|---|---|
| | | |

FPC _____

d-380

(right index)

CRIMINAL ARREST WARRANT

GEORGIA, DEKALB COUNTY
STATE OF GEORGIA
v.

WARRANT NO.    13-W-034538
CASE NO.    dw13005131



Renee Nicole Schroeder
DOB: ~~████████~~
~~████████████~~
~~GREENVILLE, NC, 27858~~

Prosecutor: C. C. Gilbert
41 Perimeter Center East, #100
Dunwoody, GA, 30346
Phone No: 678-382-6900
BadgeNo:1460 Agency:Dunwood
Witness:

Race:W, Sex: Female, Height:5'04", Weight:95,
Hair:BLN (Blond), Eyes:GRN (Green)
Custody: Yes Location: County Jail

### AFFIDAVIT

Personally appeared the undersigned prosecutor, C. C. Gilbert who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 8/2/2013  9:38:00PM and  8/2/2013  9:38:00PM at Perimeter Center West/Crown Pointe Parkway, ATLANTA, GA, 30346 , DEKALB, COUNTY did commit the offense of  VGCSA Possession ( Felony ) in violation of O.C.G.A . 16-13-30(a) and against  State of GEORGIA and the laws of the State of GEORGIA.  The facts this affidavit for arrest is based on are:said accused did possess Clonazopam, a IV Controlled Substance, in Violation of the Georgia Controlled Substances Act Prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.

Probable Cause:
Accused found in possession of drugs.

Sworn to and subscribed before me this 8/2/2013 11:43:38 PM

_____
Judge:    Howard Indermark
Magistrate Court of DEKALB COUNTY

_____
8/2/2013 11:43:19 PM
Prosecutor:C. C. Gilbert
Agency: Dunwoody Police Dept.
Badge:1460

### STATE WARRANT FOR ARREST

STATE OF GEORGIA, COUNTY OF DEKALB: To the Chief of Police and Sheriff of County, any law enforcement officer thereof and to any Sheriff, Deputy Sheriff, coroner, Constable, Marshal or law enforcement officer of the State of GEORGIA authorized to execute warrants, GREETINGS: For sufficient cause made known to me in the above Affidavit, incorporated by reference herein, and other sworn or affirmed testimony establishing probable cause for the arrest of the Defendant named in the foregoing Affidavit, you are hereby commanded to arrest said Defendant charged by the Prosecutor therein with the offense against the laws of this State named in said Affidavit and bring him or her before me or some other judicial officer of this State to be dealt with as the law directs. HEREIN FAIL NOT.

This  8/2/2013 11:43:38 PM

_____
Judge:   Howard Indermark
Magistrate Court of DEKALB COUNTY

### ORDER FOR BOND

IT IS HEREBY ORDERED that the above-named accused, Renee Nicole Schroeder , be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of DEKALB COUNTY in the amount of OTHER-JUDGE SETS,  to assure the presence of said accused at arraignment, trial and final disposition in the  Superior Court State Court of  DEKALB COUNTY.

ECIAL CONDITION OF BOND ☐

Witness my hand and seal, this .

_____

Judge:

Magistrate Court of DEKALB COUNTY

THE MAGISTRATE COURT OF DEKALB COUNTY

Warrant No#:

### DEFENDANT'S WAIVER

I Hereby waive and relinquish my right to a committal hearing in this criminal matter pending against me. I have been advised of the charges and allegations, of the warrant issuing date and number.
I have been neither threatened nor promised reward in exchange for this waiver. I am not under the influence of alcohol or drugs. I understand the rights I am giving up and the right I am preserving.

Defendant:

I am satisfied that defendant's Waiver was given freely and voluntarily and bind over this case at the same bond[ or see bond below ] on the charge(s) as stated on the reverse side of this page.

New bond: $  See attached S/C form.

Judge:
Magistrate Court of DEKALB COUNTY

SUBPOENA:  ☐  PROSECUTOR:

### Committal Hearing Disposition

CaseNo:dw13005131
WarrantNo:13-W-034538

☐  This case is bound over at same bond on the stated charge upon Defendant's waived by

    ☐  Failure to appear

    ☐  Attorney:

☐  Making Bond Prior to preliminary hearing

☐  This case is dismissed

☐  This case has been indicted, Superior Court Case No

    Upon presentation of evidence, this case is bound over at the same bond , [or see bond below]

    ☐  on the stated charge

    ☐  on the felony charge of

    ☐  on the misdemeanor charge of

Attorney

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name *Dunwoody Police Department* | Case# *13-005131* |
| ORI *GA 0447100* | Date / Time Reported *08/02/2013  21:38  Fri* |
| | Last Known Secure *08/02/2013  21:38  Fri* |

**INCIDENT DATA**

| Location of Incident *133 Perimeter Center West/crown Pointe Pkwy,* | Premise Type *Highway /road /alley* | Zone/Tract *30* | At Found *08/02/2013  21:38  Fri* |
|---|---|---|---|

| | Crime Incident(s) | (Com) | Weapon / Tools *NOT APPLICABLE/NONE* | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Drug-barbiturate-possession* *3582* | F | Entry | Exit | Security | |
| #2 | Crime Incident *Improper Lane Usage* *40-6-48* | (Com) M | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims *1* | Type: SOCIETY/PUBLIC | | Injury: | | | | Domestic: N | |
|---|---|---|---|---|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) *State Of Georgia* | Victim of Crime # *1,2* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type:  INDIVIDUAL( NON LE) | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *BEAZER, DEVON OSWALD* | Victim of Crime # | DOB ▓▓▓▓ Age *24* | Race *B* | Sex *M* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |

| Home Address ▓▓▓▓▓▓▓▓▓▓ | | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| Type:  INDIVIDUAL( NON LE) | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *ANDRUSCAVAGE, ERICA* | Victim of Crime # | DOB ▓▓▓▓ Age *32* | Race *W* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |

| Home Address ▓▓▓▓▓▓▓▓▓▓ | | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | 77 | *EVID* | *$100.00* | | *7* | *PILL BOTTLE CONTAINING 7 PILLS* | *CLONAZOPAM* | |
| | 02 | *1* | *$5,000.00* | | *1* | *2000 SIL . APJ3341 GA* | *HOND Civic U.s. E* | *1HGEJ8642YU16742* |

| Officer/ID# *GILBERT, C. (1460)* | |
|---|---|
| Invest ID# *(0)* | Supervisor *FURMAN, W. (1428)* |

**Status**

| Complainant Signature | Case Status *Cleared By Arrest* *08/02/2013* | Case Disposition: | Page 1 |
|---|---|---|---|

Printed By: DSIDES,                                    Sys#: 26281                          06/19/2014 07:19:12

# INCIDENT/INVESTIGATION REPORT
Page 2

By: DSIDES,       06/19/2014 07:19

*Dunwoody Police Department*

| Case# | 13-005131 |
|---|---|

Status Codes  | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 13-005131            *Dunwoody Police Department*                                 Page 2

**NARRATIVE**

On August 2, 2013 at approximately 2138 hours I conducted a traffic stop concerning a silver Honda Accord displaying Georgia tag APJ3341. Said investigation was reference the vehicle failing to maintain a single lane of travel and swerving within its roadway. Concluding said investigation the front seat passenger was taken into custody reference VGCSA.

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Dunwoody Police Department* | | *13-005131* |
| Victim | Offense | Date / Time Reported |
| *Society* | *DRUG-BARBITURATE-POSSESSION* | *Fri 08/02/2013 21:38* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On August 2, 2013 at approximately 2138 hours I conducted a traffic stop concerning a silver Honda Accord displaying Georgia tag APJ3341. Said investigation was reference the vehicle failing to maintain a single lane of travel and swerving within its roadway. This violation was observed on Perimeter Center West and Crown Pointe Parkway. I activated my emergency lights to affect the stop at Perimeter Center West and Mt. Vernon Road. The vehicle continued at a slow rate of speed until it stopped inside the parking lot of LA Fitness which is located at the intersection of Mt. Vernon Road and Perimeter Center West. As the vehicle was coming to a complete stop I observed the rear seat passenger hand the front seat passengers an unidentified item.

I made verbal contact with driver, Devon Beazer ▓▓▓▓▓▓. I advised him the reason for the stop and asked him why he was failing to maintain lane. I observed an active GPS in the front windshield, hence I asked him if he was trying to look at the GPS for directions and he indicated that was the reason he failed to maintain a single lane of travel. I requested he exit the vehicle. Upon him exiting the vehicle I asked him why it took so long for him to stop the vehicle and he indicated he was looking for a safe location to stop. I informed him I had observed the rear seat passenger hand something to the front seat passengers. He indicated he did not know of any items being passed from the rear seat passenger. Hence, based on these actions I asked Mr. Beazer consent to search his vehicle, and he verbally consented to me searching his vehicle. I did ask Mr. Beazer how he was acquainted with the passengers and he indicated the front seat passenger was his girlfriend and the rear seat passenger was a friend of his girlfriends.

I had the rear seat passenger exit the vehicle and as she opened her door I detected a faint odor of marijuana coming from the interior of the vehicle. I explained to her what was happening and had her stand by Mr. Beazer who was positioned at the front of my patrol vehicle. Lastly, I began to speak with the front seat passenger, Schroeder, Renee ▓▓▓▓▓▓▓ while she was still sitting in the front passenger seat. I explained to her the current situation and I asked her how she knew the driver and she did not describe him as a boyfriend. She indicated he was a friend. I asked her why he described her as a girlfriend and she indicated he was not a boyfriend. Mrs. Schroeder further explained she was currently separated from her husband. Prior to Mrs. Schroeder exiting the vehicle she asked if she could take her purse. I informed Mrs. Schroeder I wanted to look through her purse prior to her maintaining non-controlled possession of the purse. She indicated I could look through the purse, by handing it to me. I placed the purse on the trunk of the car and Mrs. Schroeder went and stood by with the other passengers. Prior to a thorough search of Mrs. Schroeder's purse she interrupted me by indicated she had her soon to be ex-husband's pills inside her purse. She retrieved the pills. They were contained in a pill bottle marked William Schroeder. This pill bottle was an older bottled and appeared to have been originally issued in October of 2010. Inside the bottle were 7 pills. These pills were marked on the front with a "V" and a 2530 on the back. I was able to identify these pills via drugs.com, which based on the mentioned pill markings I determined the pills to be Clonazopam. Clonazopam is a schedule four drug used to treat anxiety issues. The vehicle was searched by Officer Cheek and me and no additional contraband was located.

Upon asking Ms. Schroeder about the pills she indicated the following. When she was together with her husband she would keep them in her purse for him. I asked how long she had been separated from her husband and she stated they separated in March of 2013. I asked her when the last time she had seen her soon to be ex-husband and she indicated May of 2013. She stated she had seen him several times in the month of March but did not return the pills because she forgot. Mrs. Schroeder further stated she had not cleaner her purse since December of 2012. She did indicate she was prescribed Ativan, which is an anti-depressant, but had not taken the substance since December of 2012. I did attempt to contact her soon to be ex-husband via telephone with a number she provided. He did not answer the phone after multiple attempts of calling the provided number.

Mrs. Schroeder was taken into custody reference VGCSA-synthetic drugs. I handcuffed Mrs. Schroeder with her hands behind her back. The handcuffs were double locked and rechecked for comfort and fit. She was placed in the rear of my patrol vehicle for transport.

---

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Dunwoody Police Department* | | *13-005131* |
| Victim | Offense | Date / Time Reported |
| *Society* | *DRUG-BARBITURATE-POSSESSION* | *Fri 08/02/2013 21:38* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I released Mr. Beazer with a verbal warning. I transported Ms. Schroeder to DeKalb County Jail, and she was released to jail staff without further incident.  I did secure warrants for Mrs. Schroeder's arrest through the DeKalb County Magistrate Court.

## Incident Report Suspect List

*Dunwoody Police Department*

OCA: *13-005131*

| 1 | Name (Last, First, Middle)<br>*SCHROEDER, RENEE NICOLE* | Also Known As . | Home Address |
|---|---|---|---|
| | Business Address | | |

| DOB.<br>*10/23/1982* | Age<br>*30* | Race<br>*W* | Sex<br>*F* | Eth<br>*N* | Hgt<br>*504* | Wgt<br>*95* | Hair<br>*BLN* | Eye<br>*GRN* | Skin<br>*LGT* | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | | Caliber | Dir of Travel | |
| | | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | | Physical Char | |
|---|---|---|---|

# Incident Report Related Vehicle List

*Dunwoody Police Department*

OCA: *13-005131*

| | | | | |
|---|---|---|---|---|
| **VehYr/Make/Model** *2000 HOND, Civic U.s. E* | **Style** *4S* | **Color** *SIL* | **Lic/Lis** *APJ3341 GA 2013* | **Vin** *1HGEJ8642YL016742* |

| | | | |
|---|---|---|---|
| **IBR Status** *None* | **Date** *08/02/2013* | **Location** *133 PERIMETER CENTER WEST/CROWN POINTE PKWY, DUNWOODY GA* | |

| | | | | | |
|---|---|---|---|---|---|
| **Condition** | **Value** *$5,000.00* | **Offense Code** *18H* | **Jurisdiction** *Locally* | **State #** | **NIC #** |

| | | |
|---|---|---|
| **Name (Last, First, Middle)** * No name * | **Also Known As** | **Home Address** |
| **Business Address** | | |

| **DOB.** | **Age** *0* | **Race** | **Sex** | **Hgt** | **Wgt** | **Scars, Marks, Tattoos, or other distinguishing features** |
|---|---|---|---|---|---|---|

Notes

## Incident Report Related Property List

*Dunwoody Police Department*

OCA: *13-005131*

| 1 | Property Description PILL BOTTLE CONTAINING 7 PILLS | | | Make CLONAZOPAM | | Model | | | Caliber |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $100.00 | Qty 7.000 | | Unit PI | Jurisdiction Locally | |
| | Status Evidence | Date 08/02/2013 | NIC # | | State # | | Local # | OAN | |
| | Name (Last, First, Middle) JUVENILE | | | | DOB | | Age 0 | Race | Sex |

Notes

Case number: 13005131

On August 2, 2013 at approximately 2138 hours I conducted a traffic stop concerning a silver Honda Accord displaying Georgia tag APJ3341. Said investigation was reference the vehicle failing to maintain a single lane of travel and swerving within its roadway. This violation was observed on Perimeter Center West and Crown Pointe Parkway. I activated my emergency lights to affect the stop at Perimeter Center West and Mt. Vernon Road. The vehicle continued at a slow rate of speed until it stopped inside the parking lot of LA Fitness which is located at the intersection of Mt. Vernon Road and Perimeter Center West.  As the vehicle was coming to a complete stop I observed the rear seat passenger hand the front seat passengers an unidentified item.

I made verbal contact with driver, Devon Beazer ████████ I advised him the reason for the stop and asked him why he was failing to maintain lane. I observed an active GPS in the front windshield, hence I asked him if he was trying to look at the GPS for directions and he indicated that was the reason he failed to maintain a single lane of travel. I requested he exit the vehicle. Upon him exiting the vehicle I asked him why it took so long for him to stop the vehicle and he indicated he was looking for a safe location to stop. I informed him I had observed the rear seat passenger hand something to the front seat passengers. He indicated he did not know of any items being passed from the rear seat passenger. Hence, based on these actions I asked Mr. Beazer consent to search his vehicle, and he verbally consented to me searching his vehicle.  I did ask Mr. Beazer how he was acquainted with the passengers and he indicated the front seat passenger was his girlfriend and the rear seat passenger was a friend of his girlfriends.

I had the rear seat passenger exit the vehicle and as she opened her door I detected a faint odor of marijuana coming from the interior of the vehicle.  I explained to her what was happening and had her stand by Mr. Beazer who was positioned at the front of my patrol vehicle. Lastly, I began to speak with the front seat passenger, Schroeder, Renee ████████ while she was still sitting in the front passenger seat. I explained to her the current situation and I asked her how she knew the driver and she did not describe him as a boyfriend. She indicated he was a friend. I asked her why he described her as a girlfriend and she indicated he was a boyfriend. Mrs. Schroeder further explained she was currently separated from her husband.  Prior to Mrs. Schroeder exiting the vehicle she asked if she could take her purse. I informed Mrs. Schroeder I wanted to look through her purse prior to her maintaining non-controlled possession of the purse. She indicated I could look through the purse, by handing it to me. I placed the purse on the trunk of the car and Mrs. Schroeder went and stood by with the other passengers. Prior to a thorough search of Mrs. Schroeder`s purse she interrupted me by indicated she had her soon to be ex-husband`s pills inside her purse. She retrieved the pills. They were contained in a

pill bottle marked William Schroeder. This pill bottle was an older bottled and appeared to have been originally issued in October of 2010. Inside the bottle were 7 pills. These pills were marked on the front with a "V" and a 2530 on the back. I was able to identify these pills via drugs.com, which based on the mentioned pill markings I determined the pills to be Clonazopam. Clonazopam is a schedule four drug used to treat anxiety issues.   The vehicle was searched by Officer Cheek and me and no additional contraband was located.

Upon asking Ms. Schroeder about the pills she indicated the following. When she was together with her husband she would keep them in her purse for him. I asked how long she had been separated from her husband and she stated they separated in March of 2013. I asked her when the last time she had seen her soon to be ex-husband and she indicated May of 2013. She stated she had seen him several times in the month of March but did not return the pills because she forgot. Mrs. Schroeder further stated she had not cleaner her purse since December of 2012. She did indicate she was prescribed Ativan, which is an anti-depressant, but had not taken the substance since December of 2012. I did attempt to contact her soon to be ex-husband via telephone with a number she provided. He did not answer the phone after multiple attempts of calling the provided number.

Mrs. Schroeder was taken into custody reference VGCSA-synthetic drugs. I handcuffed Mrs. Schroeder with her hands behind her back. The handcuffs were double locked and rechecked for comfort and fit. She was placed in the rear of my patrol vehicle for transport.

I released Mr. Beazer with a verbal warning. I transported Ms. Schroeder to DeKalb County Jail, and she was released to jail staff without further incident.  I did secure warrants for Mrs. Schroeder`s arrest through the DeKalb County Magistrate Court.

SCHROEDER, RENEE NICOLE

█████████████████

█████████████████

**PHOTO ON FILE**

Race: W  Sex: F  DOB: ██████████  OLN: ██████████

SSN: ██████████  Height: 504   Weight: 95  Hair: BLN   Eye: GRN

Home Phone: ██████████

RMS ID: 73871


[ALERTS]

08/02/2013 DRUG USER

Alert Expires: No Expiration Date Set

Notes: Located clonazopam in her purse.


[ARRESTS]

08/02/2013 DRUG-BARBITURATE-POSSESSION, F


[INCIDENTS]

08/02/2013 21:38 {OFFENDER} DRUG-BARBITURATE-POSSESSION

133 PERIMETER CENTER WEST/CROWN POINTE PKWY, DUNWOODY

Case #:13005131 Case Status:CLEARED BY ARREST

# GEORGIA INTERLOCAL RISK MANAGEMENT AGENCY
## COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
### MEMBER COVERAGE AGREEMENT

## GENERAL COVERAGE DECLARATIONS

The **GEORGIA INTERLOCAL RISK MANAGEMENT AGENCY (GIRMA)** is a risk sharing arrangement among Georgia Municipal Governments.  GIRMA exists by authority of Official Code of Georgia Annotated 36-85-1 et seq.

**THIS DOCUMENT IS NOT AN INSURANCE CONTRACT** and, in accordance with the Constitution of the State of Georgia and the Official Code of Georgia Annotated 36-85-20 shall not waive the sovereign immunity of the Member.

| | |
|---|---|
| **AGREEMENT NO:** | **DU-5** |
| **NAMED MEMBER:** | City of Dunwoody |
| **ADDRESS:** | 41 Perimeter Center East, Suite 250 |
| | Dunwoody, GA  30346 |

In  consideration of the Contribution set out in Declarations IV and in reliance upon the statements in the Application referred to in Declarations V and any supplementary information pertaining  thereto, which shall  be deemed incorporated herein, being representations which, if inaccurate, may render this Agreement null and void and relieve GIRMA from all liability, GIRMA agrees to provide coverages as follows:

I.    **COVERAGE AGREEMENT PERIOD**

    FROM:   05/01/2013 at 12:01 a.m. Local Time at Named Member's address shown above.
    TO:         UNTIL EXPIRATION OR TERMINATION OF COVERAGE AGREEMENT BY EITHER PARTY

II.   **COVERAGE SUMMARY**          LIMITS OF LIABILITY

A.   PROPERTY COVERAGE         PER OCCURRENCE LIMIT
    1.   Blanket Buildings and Personal Property      $24,638,330
       *NOTE: EXTENSIONS AND SUBLIMITS APPLY - SEE PROPERTY COVERAGE SECTION (p.17)*

    2.   Automobile Physical Damage and Mobile Equipment      Per Schedule on file with GIRMA

B.   CASUALTY COVERAGE
    1.   Comprehensive General Liability and Comprehensive Law Enforcement Liability
       PER OCCURRENCE LIMIT      $3,000,000
       PRODUCTS / COMPLETED OPERATIONS ANNUAL AGGREGATE LIMIT      $15,000,000
       FAILURE TO SUPPLY UTILITIES ANNUAL AGGREGATE LIMIT      $15,000,000
    2.   Automobile Liability
       PER OCCURRENCE LIMIT      $1,000,000
       UNINSURED MOTORISTS LIMIT      Rejected
    3.   Errors and Omissions Liability
       PER WRONGFUL ACT LIMIT      $1,000,000
       ANNUAL AGGREGATE LIMIT      $15,000,000
    4.   Employee Benefits Liability
       PER OCCURRENCE LIMIT      $3,000,000
       ANNUAL AGGREGATE LIMIT      $15,000,000

C.   CRIME COVERAGE         PER OCCURRENCE LIMIT
    1.   Blanket Bond      $500,000
    2.   Depositors Forgery      $500,000
    3.   Money and Securities (Loss Inside/Outside the Premises)      $500,000

1

**GEORGIA INTERLOCAL RISK MANAGEMENT AGENCY**
COMBINED AUTOMOBILE, CRIME, LIABILITY AND PROPERTY COVERAGES
MEMBER COVERAGE AGREEMENT

### GENERAL COVERAGE DECLARATIONS

**III.  DEDUCTIBLES**

No Deductible applies to this Member's Coverage Agreement unless a deductible amount is shown to be applicable in the schedule below:

**COVERAGE**
A.  PROPERTY COVERAGE
   1.  Buildings and Personal Property ............................................ $1,000
   2.  Automobile Physical Damage ................................................ $1,000
   3.  Equipment Breakdown ......................................................... $1,000

B.  CASUALTY COVERAGE
   1.  Comprehensive General Liability .......................................... $1,000
   2.  Law Enforcement Liability .................................................. $10,000
   3.  Automobile Liability .......................................................... $1,000
   4.  Uninsured Motorists
   5.  Errors & Omissions Liability ............................................... $10,000
   6.  Employee Benefits Liability ................................................ $1,000

C.  CRIME COVERAGE ..................................................................... $1,000

As respects to any loss involving more than one coverage, the deductible charged shall be the largest deductible.

**IV.  CONTRIBUTION**                              As stated in the Contribution Worksheet

The contribution indicated in the worksheet is subject to review by Underwriters at each Anniversary for the forthcoming period of coverage, based on current Underwriting information.

**V.  APPLICATION DATED**                                As stated on the Application

**VI.  NAMED MEMBER**

The entity indicated on Page 1 of this Coverage Agreement that has entered into this contract with GIRMA.

**VII.  MEMBER**
It is agreed that the unqualified word "member" wherever used in this Coverage Agreement includes not only the Named Member but also:

A.  any person who is a member of the governing body of the Named Member while acting within the scope of his duties for or on behalf of the Named Member;

B.  any Member of the Authorities, Boards or Commissions appointed by the Named Member while acting within the scope of his duties as such, but only in respect to operations by or on behalf of the Named Member;

C.  any Director, Employee, Officer, Trustee or Volunteer, past or present, acting for and on behalf of the Named Member and under its direction and control or appointed by the Named Member while acting within the scope of their duties as such, and any person, organization, trustee or estate to whom the Named Member is obligated by virtue of written contract or agreement to provide coverage such as is offered by this Agreement but only in respect of operations by or on behalf of the Named Member;

No person or organization is covered with respect to the conduct of any partnership, joint authority, joint venture, multijurisdictional law enforcement or other organization or multijurisdictional penal institution that is not shown as a Named Member in the Declarations, except for the Named Member and its employees.

**VIII.  THIS COVERAGE AGREEMENT INCLUDES THESE ENDORSEMENTS AT INCEPTION DATE:**

Endorsement Uninsured Motorists Coverage
Georgia Uninsured Motorists (UM) Coverage Election Form
Contingent Revenue Interruption Endorsement
¹Restricted Limits of Liability Endorsement
¹Animal Mortality Endorsement

¹ These endorsements only apply if coverage selected

2

## Official Report



**Division of Forensic Sciences**
**Georgia Bureau of Investigation**
**State of Georgia**

**Headquarters**
**DOFS Case #:**   2013-1020141
**Report Date:**   10/01/2013

George Herrin, Jr., Ph.D.
Deputy Director

*ASCLD/LAB-International*
* Accredited *

**Requested Service:** Drug Identification
    Agency:       Dunwoody Police Department
    Agency Ref#:   13005131
    Requested by:  C. Gilbert

**Case Individuals:**
    Subject: Renee Nicole Schroeder

**Evidence:**
    On 09/04/2013, the laboratory received the following evidence from the Dunwoody Police Department via Lockbox.
    2013-1020141-001      Sealed package containing one bottle of yellow tablets.

**Examinations Performed:**
    Evidence Submission #001
        Gas chromatography/Mass spectrometry
        Logo Identification

**Results and Conclusions:**
    Evidence Submission #001
        Analysis confirms the presence of clonazepam in the sample tested, Schedule IV

Only those items discussed in the results above were analyzed for this report.  The above represents the interpretations/opinions of the undersigned analyst.  Evidence analyzed in this report will be returned to the submitting agency.  Biological evidence (body fluids and tissues) and fire debris extracts will be destroyed after one year.  This report may not be reproduced except in full without written permission of the laboratory.

Technical notes and data supporting the conclusions and findings in this report are maintained within the laboratory case records.

This case may contain evidence that must be preserved in accordance with O.C.G.A. § 17-5-56.

*Patrick Chepaitis*
Patrick S. Chepaitis
Forensic Chemist

**Related Agencies:**
    Stone Mountain Judicial Circuit
    DeKalb Co. Solicitor's Office
    DeKalb Co. District Attorney

### End of Official Report