



# DEPOSITION OF DEVON OSWALD BEAZER

**Date:** January 22, 2015

**Case:** RENEE SCHROEDER v. CALEB GILBERT

Printed On: January 30, 2015

PRECISION REPORTING, INC.
Phone: (770) 786-9664
Fax: (800) 880-6985
Email: pricsr@bellsouth.net
Internet: www.precisionreporting.net

IN THE UNITED STATES DISTRICT COUNTY COURT
FOR THE NORTHERN DIVISION OF GEORGIA
ROME DIVISION

RENEE SCHROEDER,                          )
                                          )
                     Plaintiff,           )
                                          )  Civil Action File
          vs.                             )  No. 4:14-CV-130-HLM
                                          )
CALEB GILBERT, in his                     )
individual capacity,                      )
                                          )
                     Defendant.           )

- - -

DEPOSITION OF

DEVON OSWALD BEAZER

Thursday, January 22, 2015
10:00 a.m.
Roswell City Hall
Law Department
38 Hill Street
Roswell, Georgia  30075

Allison H. Bradford, CCR B-929

---

PRECISION REPORTING, INC.
Certified Shorthand Reporters
425 Huntington Street
Covington, Georgia  30016
866-602-2830 Toll Free
770-786-9664 Phone / 1-800-880-6985 Fax
pricsr@bellsouth.net
www.precisionreporting.net

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

A P P E A R A N C E S

On behalf of the Plaintiff:

JEFFREY R. FILIPOVITS, Esq.
Filipovits Law Firm, P.C.
2900 Chamblee Tucker Road
Building 1
Atlanta, Georgia  30341
(770) 455-1350
jeff@law.filipovits.com


On behalf of the Defendant:

AMY B. COWAN, Esq.
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, Georgia  30518
(770) 932-3552
amy.cowan@carmitch.com


- - -


(Pursuant to Article 10.B of the Rules

and Regulations of the Board of Court

Reporting of the Judicial Council of

Georgia, the court reporter disclosure

statement is tendered at the end of the

transcript.)

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

```
 1                P R O C E E D I N G S:

 2

 3              MS. COWAN:  This will be the

 4      deposition of Devon Beazer, taken in the case of

 5      Renee Schroeder versus Caleb Gilbert.  This

 6      deposition will be taken for all purposes under

 7      the Federal Rules of Civil Procedure, taken

 8      pursuant to notice and subpoena served on Mr.

 9      Beazer.  And I guess reserve all objections

10      except form and responsiveness until first use.

11              MR. FILIPOVITS:  Yes, acceptable.

12              MS. COWAN:  I'll be asking you a few

13      questions, and I don't know if Mr. Filipovits

14      has some questions as well.  Would you please

15      swear in Mr. Beazer.

16              DEVON OSWALD BEAZER,

17  being first duly sworn, was examined and testified as

18  follows:

19                    EXAMINATION

20  BY MS. COWAN:

21      Q     Thank you, Mr. Beazer, for being here

22  today.

23      A     No problem.

24      Q     Like I said before we started, I'm Amy

25  Cowan.  I represent Officer Caleb Gilbert in this
```

Page 3

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1  lawsuit, and I just wanted to ask you a few questions

2  involved in the lawsuit or facts surrounding it, and

3  then we can let you be on your way.  I appreciate

4  your taking your time to be here.

5       **A**    **No problem.**

6       Q    Like I said before, if you have questions

7  about a question I ask, then please feel free to ask

8  me to clarify.  And if you need a break for any

9  reason, please feel free to ask me for a break.

10      **A**    **Sure.**

11      Q    Can you state your full name for the

12 record, please.

13      **A**    **Devon Oswald Beazer.**

14      Q    So it is Devon.  I was pronouncing it

15 Devon.

16      **A**    **Devon.  Even my own mother calls me Devon**

17 **depending upon what stage of my life.**

18      Q    Great.  I'll try to stick with Mr. Beazer,

19 and I can't mess it up, I guess.  What is your date

20 of birth?

21      **A**    **September 22nd, 1988.**

22      Q    And how about your current address?

23      **A**    **5002 Walton Way.**

24      Q    Apartment number?

25      **A**    **5002.**

Page 4

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      Q      Oh, okay.

2      A      Yeah.

3      Q      And is that Roswell?

4      A      Yes, ma'am.

5      Q      Any other address where you stay on a

6   regular basis?

7      A      No, ma'am.

8      Q      Does anybody live with you at your address?

9      A      Yes, ma'am.  My mother and my brother.

10     Q      What's your mother's name?

11     A      Deborah Lucy Albert.

12     Q      Can you spell that last name?

13     A      A-L-B-E-R-T.

14            THE COURT REPORTER:  What was the rest

15   of the name?

16            THE WITNESS:  Deborah Lucy Albert.

17     Q      L-U-C-Y?

18     A      Yes, ma'am.

19     Q      Albert?

20     A      Yes, ma'am.

21     Q      And what's your brother's name?

22     A      George Beazer.

23     Q      Are those your only relatives in Georgia?

24     A      I have an aunt, but I don't really talk to

25   her much.  She just moved.  And my younger half

Page 5

PRECISION REPORTING, INC.
(770) 786-9664

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    sister, Iana Lyte.  That's her name.

2        Q    How do you spell Iana?

3        A    I-A-N-A.

4        Q    And what's the last name?

5        A    Lyte, L-Y-T-E.

6        Q    Was your educational background?

7        A    I have an education like vocation in

8    automotive technology.

9        Q    And where is that from?

10        A    Job Corps.

11        Q    And what do you do for a living?

12        A    I work at Honda Carland as an automotive

13    technician.

14        Q    And is that what you've done primarily

15    since you got your vocational degree in automotive

16    technology?

17        A    Yes, ma'am.

18        Q    Any other type of work that you've ever

19    done?

20        A    No, ma'am.

21        Q    When did you first meet Renee Schroeder?

22        A    In person or like --

23        Q    Well, I do understand from speaking with

24    her that y'all might have met -- did y'all meet on

25    World of Warcraft initially?

Page 6

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1       A     Yes, ma'am.

2       Q     When did you first meet her on World of

3  Warcraft?

4       A     I think October 2012.

5       Q     And how did y'all meet on World of

6  Warcraft?  I'm not very familiar with what is

7  involved in World of Warcraft, so if you could

8  enlighten me a little bit.

9       A     It's a video game where you play as a

10  character, and you level -- like try to make your

11  character a higher level, and sometimes you pretend

12  to be that character or different stuff.  Yeah.

13      Q     So how did you meet her on there?  Did you

14  have conversations with characters?

15      A     Yes.  We had a few conversations, we played

16  together.  And then we started talking a lot on

17  Ventrilo and I think Skype.  And we just -- stuff

18  happened from there.  And if I could remember

19  correctly, then we decided to meet up at Dragon Con

20  or something, some sort of convention.  And that was

21  from there.

22      Q     What's Ventrilo?

23      A     Ventrilo is like an audio software that

24  allows you to talk voice with people across the

25  nation.  And then we also talked a lot on the cell

PRECISION REPORTING, INC.
(770) 786-9664

97c3c073-d16c-45f9-8717-40e088dfa3d9

1    phone.  Yeah.

2        Q    And Ventrilo, is that something you do

3    through the computer?

4        A    Yeah.

5        Q    Kind of like Skype, but it's just audio?

6        A    Uh-huh.

7        Q    Okay.  What was the year of the Dragon

8    Con that you met up with her at; do you know?

9        A    We didn't meet up there.  We meet at

10   another convention.  We were planning on going to

11   Dragon Con, but the convention we did meet up was at

12   Animazement.  Yeah.

13       Q    When was that?

14       A    I think it was in April.  April, yeah.

15       Q    Of what year?

16       A    2013.

17       Q    So what brought her to Georgia?  Did she

18   come to Georgia to stay with you when she came to

19   Georgia?

20       A    Yeah.

21       Q    And what brought her to Georgia?

22       A    She wanted to get a teaching job, if I

23   remember, something that involved English and

24   teaching.  And the initial plan was just to come down

25   here for a week, but she said her roommate was making

Page 8

97c3c073-d16c-45f9-8717-40e088dfa3d9

1  her feel very uncomfortable, hitting on her,

2  advances, touching her and stuff like that.

3      Q    So when was that that she came down to stay

4  with you in Georgia?

5      A    I think April or May.  Like it was like

6  right after that stuff.

7      Q    Right after the Animazement?

8      A    Uh-huh.

9      Q    Did y'all talk at Animazement about her

10  coming to stay with you?

11     A    Yeah, but it was like she was -- prior to

12  that I think about a month she was talking about

13  coming down to Georgia just for a week just to scout

14  the area and see how it was like and stuff like that.

15  And she told me that about this stuff, what was going

16  on.

17          And I'm saying, you know, if you want to

18  come down by me, that's fine.  And I think because I

19  was -- you know, we cared about each other, I guess;

20  and she said that -- and you feel like if you're in a

21  bad situation that you should get out of there,

22  whether it be Pennsylvania, back to Pennsylvania,

23  over by me but just -- or back by Bill, her

24  ex-husband, or something, and just get out of there

25  if you feel uncomfortable.  And then we talked about

Page 9

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1  it and eventually decided to come down to Georgia

2  with me.  Yeah.

3      Q    What did she do while she was staying with

4  you on a daily basis?

5      A    We played a lot of video games, I think.

6  She just sat there, read her books, talked to me,

7  helped clean, stuff like that.

8      Q    Was she working at all while she was down

9  here?

10     A    No, ma'am.

11     Q    Did she do anything with regard to pursuing

12 teaching jobs while she was down here?

13     A    I remember her taking a teaching test.

14 Yeah.  And I had to drop her off to the teaching

15 place where they take -- where they test teachers to

16 see if they could teach or not or something like

17 that.  Uh-huh.

18     Q    Did you know whether she went on any

19 interviews or anything like that while she was

20 staying with you?

21     A    Yeah.  Not like any personal interviews,

22 but she just went to go take that test.  Yeah.

23 That's about all I remember about that.  She just

24 went to go take the test and stuff.

25     Q    Do you know if she interviewed with a

Page 10

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    school or anything like that?

2        A     No.

3        Q     No, she didn't?

4        A     No.

5        Q     Did you know her to be under the care of

6    any therapist or a psychologist while she was staying

7    with you?

8        A     No.

9        Q     What about before she came down here?  Did

10   she tell you about being under the care of a

11   psychologist or a therapist of any kind?

12       A     No.

13       Q     Was she taking any medication when she came

14   to live with you?

15       A     No.

16       Q     What about while she was staying with you?

17   Did she take any medication that you were aware of?

18       A     No.  I had asked her about something

19   about -- because I know she was holding something for

20   Bill, and I had asked her about that.  And I had

21   brought it up a couple of times because me and my

22   brother -- I used to take little of my prescribed

23   medicine to college until my brother said, no, you

24   can go to jail for that and stuff like that.  And I

25   had brought that up.  And that's about all I know.

Page 11

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      Q      What were you aware of that she was holding

2   for Bill?

3      A      Medicine.   That's all I know.

4      Q      And was that before the traffic stop?

5      A      Yeah.

6      Q      And what did she tell you about that

7   medication?

8      A      She said it was for something.   I think it

9   was -- I can't remember too well.   It was for -- I

10   think it was depression or something.   I'm not sure.

11      Q      Did she show it to you?

12      A      No.   Like she was -- this was back in North

13   Carolina and part of Georgia the second time I

14   brought it up.   She had showed me like stuff in her

15   purse, all her lotions and make-up and like

16   dinosaurs, toys that she had.   And that's when I had

17   brought that up.

18      Q      So you brought it up the first time in

19   North Carolina?

20      A      Not the first time.

21      Q      But that's when you saw it the first time?

22      A      Uh-huh.   Uh-huh.

23      Q      And what was your concern about it in North

24   Carolina?

25      A      Number one, I've heard about sad stories

Page 12

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    about stuff like that.  That's why -- you know, I

2    cared about her, so I didn't want to see anything bad

3    like that happen.  That was the whole reason I

4    brought it up.  And that was like in Georgia when we

5    had moved in together.  And that was pretty much it.

6    Yeah.

7        Q    And in Georgia why was she showing it to

8    you?  Was she just going through her purse again and

9    showed it to you or what?

10       A    We were looking for her wallet because I

11   remember one time we had lost her wallet.  You know,

12   she was going through her purse and to see if it was

13   in there or something like that.

14       Q    And what did she tell you about that

15   medication?

16       A    She said it was for Bill or something like

17   that.  Yeah.  It was for Bill for depression or

18   something, some illness he had or something like

19   that.

20       Q    And when you raised a concern about it what

21   was her response to that?

22       A    I don't remember too well but -- I just

23   don't remember too well.  Like, this is all coming up

24   now again.  Yeah.

25       Q    I know.  I understand it's been a little

Page 13

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    while.

2         A     Uh-huh.

3         Q     What was your relationship with Renee when

4    she first came to live with you in Georgia?

5         A     Girlfriend and boyfriend.

6         Q     When did you two start dating?

7         A     Back in I think March, right after I got

8    out of Job Corps.  We had met up and went on a couple

9    of dates.

10        Q     March of 2013?

11        A     Yeah, uh-huh.

12        Q     When did you graduate from Job Corps?

13        A     February, end of February.

14        Q     February 2013?

15        A     Yeah.

16        Q     And where did you go on dates?  Did you go

17    up to North Carolina?

18        A     Yeah, I went up to North Carolina.

19        Q     And where did you stay then when you went

20    to North Carolina?

21        A     I stayed in the hotel.  She stayed over by

22    Shawn.

23        Q     And Shawn was who she was living with at

24    the time?

25        A     Uh-huh.

Page 14

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      Q      How long did the two of you date, you and

2   Ms. Schroeder?

3      A      Just a few months.  That's it.

4      Q      When did you break up?

5      A      August.  August, I think right when that

6   police car incident happened.  She said, we're done

7   and she's going back to Pennsylvania.  Yeah.

8      Q      Was that after she came home from jail or

9   was it --

10     A      It was on the spot.

11     Q      At the traffic stop?

12     A      Uh-huh.

13     Q      So that was August of 2013.  When did she

14  actually leave and go back to Pennsylvania?

15     A      I believe it was August 5th.  Yeah, a few

16  days after she was gone.

17     Q      When's the last time you spoke with Renee?

18     A      I think it was late last year, something

19  like that.  I'm not sure.  Or maybe even further like

20  mid or late 2013.  I'm sorry.  I think.  Yeah.

21     Q      That's okay.  You're saying she left in

22  August of 2013?

23     A      Uh-huh.

24     Q      So when was the next time you spoke with

25  her after she left?

                                               Page 15

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    A    I don't remember, like not too well.  I

2    think back in 2013 or maybe as late as early --

3    Q    2014?

4    A    No.

5    Q    It would have been 2013?

6    A    Uh-huh.

7    Q    Around like Christmastime maybe?

8    A    No, earlier than that.  I think October or

9    not even that.  I think like September.  Yeah.  I'm

10   sorry.

11   Q    And that's the last time you spoke with

12   her, you think?

13   A    Yeah, I think like over the phone or

14   whatnot.

15   Q    And what was the purpose of that

16   communication?

17   A    She seemed to be going through a lot, and I

18   was just talking.  And then she seemed to be going on

19   and on.  And I think that's when I hanged up, and I

20   didn't -- I don't remember too well.  Yeah.

21   Q    What kinds of things was she going through

22   that she told you about?

23   A    She said she had thrown out all her stuff

24   and she felt like a monster, and she said -- I can't

25   remember everything.  I can't remember everything.

Page 16

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    Q    Sure.  Why did she throw out all her stuff?

2  Do you know?

3    A    She said she had gone through her purse and

4  threw out most of the stuff in her purse after that

5  incident.  And she had gone through her room.  She

6  felt a monster.  That's why she -- and she threw out

7  all her childhood pictures and stuff like that, some

8  stuff like that.

9    Q    Do you know why she decided to she needed

10  to a throw out all her childhood pictures?  Did she

11  indicate that?

12    A    No.  And I don't remember that whole

13  conversation.

14    Q    And that's the last time that you two

15  spoke?

16    A    Yeah, over the phone and whatnot.

17    Q    Were you aware that she had filed this

18  lawsuit against Officer Gilbert?

19    A    No.

20    Q    And do you know Erica?  I think it's

21  Andruscavage?

22    A    Yeah, I know Erica.

23    Q    How do you know Erica?

24    A    Initially it started with her coming up to

25  my place and going doing whatever she wanted to do in

Page 17

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1  Georgia.  And --

2       Q    With Erica coming to your place?

3       A    Yeah.  We were just going to take Erica

4  sightseeing and stuff like that, I guess.  I can't

5  remember too well.

6       Q    Do you still speak to Erica?

7       A    No.

8       Q    Do you know Erica apart from your

9  relationship with Renee or did you know her through

10 Renee?

11      A    I knew her through Renee.

12      Q    And how long did Erica come to stay with

13 you?

14      A    I think it was like four or five days.  Not

15 very long.  Maybe even like three days.

16      Q    Have you spoken to Erica since she left

17 Georgia?

18      A    I spoke to Erica like a few times on

19 Facebook.  I never really called her or anything like

20 that.  I didn't see the point in it.

21      Q    What was the communication on Facebook

22 about?

23      A    I believe it was I was talking to her on --

24 about Renee and cigarettes, because she smoked a lot,

25 and I told her, you know, look after her and

                                              Page 18

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    cigarettes is bad.  And this is when I think me and

2    Renee were still talking, and I was like, you know,

3    I'm done.  Just look after her, I guess.  You know,

4    stuff like that.  But then I think we had stopped

5    talking.  She had blocked me or something like that.

6    I don't know.  Stuff like that, yeah.

7         Q    How would you describe Ms. Schroeder's

8    emotional state when she first came to Georgia to

9    stay with you?

10        A    She seemed fine.  I mean, she was very

11   funny.

12        Q    What do you mean by funny?

13        A    She made a lot of jokes.  And then

14   sometimes she would cry rarely.  I mean, not rarely.

15   I mean, all the time.  She said she had cried because

16   the dinosaurs had been wiped out because that movie

17   Land Before Time -- it was a kid's movie.  She did

18   cry a lot.

19        Q    Had y'all just watched the Land Before

20   Time?

21        A    No.  That was a while.  She said she just

22   cried because the dinosaurs had died.  It was a crazy

23   conversation, I guess, something that she was talking

24   about.

25        Q    I took Ms. Schroeder's deposition on

Page 19

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1   December the 18th, and she described something to me.

2   I want you to just be able to read her testimony

3   about it, and I just want to know what your thoughts

4   are.  If you'll -- I've outlined it in blue here.

5   It's on pages 158 to 160 of her deposition, and it's

6   something that upset her.  I don't know what the

7   actual facts are, so I'm hoping you can kind of help

8   me clarify that.  Do you see where to start?  And

9   these pages go -- this is 158, 159 and 160.  So you

10  just read down the page and start back at the top

11  again.

12       A    No.  I don't really agree with any of that

13  stuff.

14       Q    Okay.  Just tell me your version of events.

15  She talks about a sexual assault there and --

16       A    No, I didn't rape her.  And that was one of

17  the things I wanted to talk about.

18       Q    Okay.

19       A    She's been telling everybody online and all

20  stuff, all her friends that I raped her and I forced

21  her to sleep with him and stuff like that.  I didn't

22  do any of that.  That was something that I was

23  contacting my lawyer about asking to sleep -- to take

24  a -- about that sleeping incident and talk about a

25  cease and desist letter because that has been going

Page 20

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

```
 1    on for -- what I heard, it's been going on for a

 2    while.

 3         Q     Okay.

 4         A     But I'm only finding about it not too long

 5    ago, like maybe like a few weeks ago or something

 6    like that.

 7         Q     Okay.

 8         A     Yeah.

 9         Q     How did you find out about it?

10         A     It was through a friend who had informed

11    me.

12         Q     And how did your friend -- did they see

13    something online?

14         A     Yeah.  She said that she'd been telling

15    everybody about that except for me.  And they said

16    they wanted to let me know that that was going on and

17    that -- I guess it was to keep it a secret or

18    something like that.  And -- but I don't know if they

19    wanted me to know.  I noticed people were acting

20    funny.  And the whole thing with that is that I

21    didn't do nothing like that.  And when I found out I

22    was pretty ticked off.  That's when I went -- I

23    talked to my mom about it, and I was going to go see

24    a lawyer.

25         Q     Have you spoken to a lawyer?
```

Page 21

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      A     Yeah, Brenda Rogers.  And then she told me

2 to contact someone up in Pennsylvania and to ask them

3 to write a letter of cease and desist.

4      Q     Have you done that yet?

5      A     Yeah, I haven't talked to a lawyer in

6 Pennsylvania, but I talked to a lawyer down here.

7 Yeah.

8      Q     Okay.  When did you talk to a lawyer down

9 here?

10      A     This was like about a week ago or something

11 like that, because like I said, I'm not finding out

12 about it right away.  But I did hear about it.  I

13 talked to my mom about it; and I asked my lawyer

14 to -- you know, I'm going to contact a lawyer up in

15 Pennsylvania and stuff like that.

16      Q     She talked a lot about when she came home

17 from jail.  Did you and Erica go pick her up in jail,

18 from jail?

19      A     Yeah.

20      Q     And she talks a lot about -- she says she

21 was just sitting in a corner.  Is that what happened

22 when she came home from jail?

23      A     No.

24      Q     How was she acting when she came home from

25 jail?

Page 22

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      A    She was on her computer, and she was

2   drinking.  Erica was chugging down bottles.  She was

3   smoking a lot, and I told her it was okay to smoke

4   inside because she had just got out of jail or

5   whatever.

6      Q    Smoking cigarettes?

7      A    Uh-huh, smoking cigarettes.  I think she

8   was watching like a lot of funny YouTube videos.

9      Q    What was her emotional state when she came

10  home from jail?

11     A    She seemed to be glad to get out, and she

12  seemed to be reclusive.  Now, this is not accurate at

13  all, but --

14     Q    Okay.  Tell me what happened.  Because she

15  talks about someone in -- you meeting somebody at

16  Publix and wanting to --

17     A    That was my friend Umesh.  Not Umesh.

18  Someone, some Indian guy.  And I was talking about I

19  wanted to leave, and I was going to just meet him

20  because he had said to meet him at some time or

21  something like that.  But I wasn't like -- I just

22  wanted to leave.  Yeah.

23     Q    Did you go meet him that night?

24     A    No.

25     Q    Did this discussion about the only way I'm

Page 23

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1   not going to go is if you do certain things for me,

2   did that discussion happen?

3        A    Not the way she said.  She didn't say stop.

4   She didn't -- you know, I just said, I want to leave.

5   But we ended up doing that, but it wasn't like

6   bracing or her or forcing her or anything.  No.  I

7   don't do that stuff.  I'd rather die than do that.

8   But I just wanted to leave, and that was the way she

9   got me to stay and stuff like that.

10       Q    Gotcha.

11       A    I don't remember one hundred percent, but I

12  wasn't like an alcoholic, drunk or something like

13  that.

14       Q    Okay.

15       A    Yeah.

16       Q    And you said when she came home from jail

17  she was drinking.  What was she drinking?

18       A    I think a lot of beer.  Not really like a

19  lot.  But she was drinking beer, and I think she was

20  drinking a little bit of rum.  She wasn't drunk or

21  anything like that.  I don't think so.  I don't know.

22       Q    This event, this assault that she

23  describes, when did that happen in relation to when

24  she came home from jail?

25       A    I believe it came like a couple of days

Page 24

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    after that, two or three days or something like that.

2        Q    What had she been like in those two or

3    three days?

4        A    She was talking to her mom a lot.

5        Q    Okay.

6        A    She was trying to get me to come up there

7    with her.

8        Q    To where?

9        A    To Pennsylvania.

10       Q    Okay.

11       A    And she seemed kind of -- I don't know.

12   She just seemed kind of happy to like get out of

13   jail, I guess.  I'm not sure.  I don't really

14   remember too much about how she was like.

15       Q    And what was her plan for going back to

16   Pennsylvania?  Was she going to drive or fly?

17       A    She was going to drive with her mom.

18       Q    Was her mom going to come down and get her?

19       A    Yeah.

20       Q    Okay.  And why didn't you end up going

21   there with her?

22       A    She said her mom said I couldn't come or

23   something like that can.

24       Q    And was she going to go stay with her mom

25   when she moved?

Page 25

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      **A**    **Yeah, uh-huh.**

2      Q    And I think you told me before she went

3  back to Pennsylvania about August 5th, 2013?

4      **A**    **Back to Pennsylvania?**

5      Q    Yes.  Was it a few days after you got her

6  from jail?

7      **A**    **A few days, yeah.**

8      Q    And she went back to Pennsylvania then; is

9  that right?

10      **A**    **Yeah.**

11      Q    Okay.  If we could talk about the traffic

12  stop just for a few minutes.

13      **A**    **Sure.**

14      Q    I'm wondering, what had you been doing, you

15  and Renee and Erica been doing that day before the

16  traffic stop that evening?

17      **A**    **We were looking for a record store for**

18  **Erica, and we were -- couldn't find another -- none**

19  **of the stores were open, so we just decided to head**

20  **home.  I made a U-turn, and there was a -- that's**

21  **when I noticed that there was sirens behind me.  Like**

22  **not really sirens but, you know --**

23      Q    Lights?

24      **A**    **The lights were on.  So right away I pull**

25  **over, you know, because I didn't want to stop on the**

Page 26

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    highway, so I pulled over at the nearest stop.  And

2    that's when we got into the -- some complex.  There

3    was stores there, I guess.  And that's when the cop

4    car showed up, and they started asking us questions.

5         Q    Do you remember the name of the record

6    store you were looking for?

7         A    No, not really.

8         Q    And had y'all eaten dinner together that

9    night?

10        A    Like before that happened?

11        Q    Before, yeah, before you were pulled over.

12        A    I'm not sure.  I think we had eaten

13   somewhere, but I don't think it was dinner.  We had

14   stopped somewhere to eat, like a bar or something

15   like that.

16        Q    Do you remember where you stopped?

17        A    I don't remember.

18        Q    And what about shopping of any kind?  Had

19   y'all done any shopping?

20        A    No.  I don't remember.  I think she bought

21   a necklace, but I think that was before -- not a

22   necklace, a bracelet.  But I think that was before

23   Erica came down or something.  I don't know.

24        Q    Had y'all been to a book store or anything?

25   Do you remember going to like Barnes & Noble that

                                              Page  27

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    night?

2        A    Oh, yes, a book store.  Yeah, we had

3    stopped at a book store.  And now that I think of it,

4    we had stopped at a store for clothing.  Erica wanted

5    to stop there, and I think we had stopped there to

6    buy clothing.

7        Q    What car were you driving that night?

8        A    2000 Honda Civic.

9        Q    And was that your car?

10       A    Yes, ma'am.

11       Q    And what do you recall about why you were

12   pulled over?

13       A    He said that the car was swerving and we

14   were passing things up front, and something else.  He

15   could smell weed.

16       Q    Okay.

17       A    Yeah.

18       Q    Do you recall swerving?

19       A    No.

20       Q    What was being passed back and forth in the

21   car?

22       A    I don't know.  I didn't see nobody pass

23   anything.  I'm just going on what I was seeing.  And

24   my eyes were on the mirror and the car, you know,

25   paying attention to the cop car, looking where to

Page 28

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    pull over and stuff like that, so I don't know.  I

2    didn't see anybody swerving like -- I mean, passing

3    things up front.  Who knows.  I could be wrong, but I

4    didn't notice anything like that.

5         Q    Do you know if Erica passed anything to

6    Renee?

7         A    I don't know.  I didn't see anything.  Like

8    I didn't see them.  My eyes weren't on them.  I was

9    just trying to pull over because there was a little

10   bit of traffic and stuff like that.

11        Q    Gotcha.  Did anybody have marijuana on them

12   that night?

13        A    No, ma'am.

14        Q    Do you know why there would have been a

15   scent of marijuana in the car that night?

16        A    No, ma'am.  I don't know why.

17        Q    Anybody else ever drive your car, your

18   vehicle?

19        A    Yeah.

20        Q    Who?

21        A    My brother.

22        Q    Is that George?

23        A    George Beazer, yes.

24        Q    Do you recall the police officer that

25   pulled you over, do you recall his name?

Page 29

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1        A     Gilbert or something, Gilbert, Gil.  He

2   didn't tell me his -- I don't know.  I don't know if

3   he told me his name or not.  I had called the police

4   office, I think, and they said it was Officer

5   Gilbert.  I'm just calling the name when I got this

6   notice.

7        Q     Gotcha.  When did you call the police

8   office?

9        A     I think like a day after the arrest was

10  made, cautious, calling to know when she would get

11  out of jail because I had received calls from her

12  mother and stuff like that.

13       Q     Okay.  There's a video of the traffic stop,

14  and there's some video of you and Erica and Renee

15  kind of leaning up against the car and talking to

16  each other --

17       A     Yeah.

18       Q     -- while the police officers were doing

19  various things.

20       A     Yeah.

21       Q     What were y'all discussing when you were

22  waiting and leaning on the car?

23       A     She was saying, thank you, Devon; this is

24  your fault, and stuff like that.  And I recall her

25  blaming it on me.

Page 30

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1       Q     And that's Renee?

2       A     Uh-huh.  And she -- I think it was -- I was

3    just saying, everybody please be calm, like -- that's

4    when I was saying -- even when the sirens went on I

5    said, just be calm, let's just comply and stuff like

6    that.

7       Q     Do you recall Ms. Schroeder sending text

8    messages to anyone while she was standing there?

9       A     She may have.  I don't know.  I wasn't

10   paying much attention to that.

11      Q     Did she make any phone calls that you were

12   aware of?

13      A     While in jail or while pulled over?

14      Q     While you were standing next to her.

15      A     I don't remember.

16      Q     Okay.  And then when did she indicate it's

17   over, I'm breaking up with you that night?

18      A     Right after she got -- he told her that

19   they found her boyfriend's or her husband's -- you

20   know, his medicine.  And when she came back she

21   said -- she said, they just found my ex-husband's

22   medicine, and they said -- she said, you were

23   swerving and thanks, Devon, this is your fault, and

24   blamed it on me, I guess.  And that was when she --

25   and then I asked her -- I told her, let's just relax.

                                          Page 31

                                   97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1   And then she said, forget it, we're done; I'm going

2   back to Pennsylvania.

3        Q     Ad that's how she broke up with you?

4        A     Yeah.

5        Q     How did the traffic stop end with respect

6   to you?

7        A     He handed me her bracelet, and he said, you

8   guys can go, or something, something telling us to

9   leave or something like that, or you can go or

10  something.  I don't remember what exactly was said.

11       Q     And did you get a ticket?

12       A     No.

13       Q     Did you ask the police officer any

14  questions?

15       A     I don't remember.  I think I said okay or

16  something.

17       Q     When you and Erica left the area where you

18  had been stopped, what did you do next?

19       A     I was -- I think I said, this is ridiculous

20  or something like that, are you kidding me.  And I

21  said, let's just get out of here, something along

22  those lines.

23       Q     And where did you go?

24       A     We went straight back to my apartment.

25       Q     What was the address of that apartment?

PRECISION REPORTING, INC.
(770) 786-9664

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1       A       1206 Cimarron Parkway.

2       Q       Okay.  And apparently there was a Stockton

3   Walk in Snellville.

4       A       That's my old address.  That's probably my

5   address that I have on my driver's license.

6       Q       Okay.  So when you went back to the

7   Cimarron Parkway apartment did you call anyone on

8   behalf of Renee?  What did you and Erica do?

9       A       I think we had -- I didn't know any of her

10  family members or anything, and I had -- I think I

11  had droven straight back to -- I had called my mom

12  and Michael, and I told them it was an emergency, and

13  I told them what happened.

14              And Michael said, you know, they were

15  looking for her and stuff, because I had told her

16  about some of the stuff Renee did.  And he -- that's

17  when, you know, he got all suspicious and stuff like

18  that.

19      Q       Who's Michael?

20      A       Michael is my mother's fiance.

21      Q       Okay.  And he got suspicious about what?

22      A       He said they thought the cops were looking

23  for Renee.  That's what he said.

24      Q       Before y'all got pulled over?

25      A       No, after that incident.

Page 33

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1          Q       Oh, okay.

2          A       Yeah.  He was -- I don't know what was his

3     deal.  I guess he must have suspected Renee of

4     something else that was -- I don't know.

5          Q       Why would that be?

6          A       He was in the military.  He was always like

7     a paranoid type of guy and stuff like that.  But I

8     don't know.  I don't know, because I had told him

9     like how Renee was kind of mean to me at times.  And

10    gosh, it's been such a long time.  I can't remember

11    everything.

12               But he said something -- they were probably

13    looking for her.  He wasn't very nice about it.  And

14    my mom was like, you don't know that.  And I don't

15    know.  I can't remember.  My mom was defending Renee

16    along with me.  And I can't -- I don't remember all

17    what happened.

18         Q       Were you living with your mom and her

19    fiance at the time?

20         A       No.  I was -- I had my own apartment.

21         Q       How was Renee mean to you at times?  What

22    was that about?

23         A       She like -- for example, when Erica was

24    over and had Netflix set up at the time.  So that's

25    when she said some mean stuff.  And she started

Page 34

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    like -- I don't remember what was said one hundred

2    percent; but she was like, you know, at least Bill

3    would have had, you know, Netflix set up or something

4    like that.  She had compared me to Bill a couple of

5    times.

6           And it hurt, but I don't really care about

7    it now.  But I think -- you know, because I thought

8    Bill was supposed to be her ex-husband that was

9    abusive.  That's what she always said.  I mean, I'm

10   not an abusive guy.  I don't hit him women and put

11   them down and stuff like that.  And that's when it

12   really hurt.

13       Q    Was it your understanding Bill had been

14   physically abusive to her?

15       A    No, I don't think it was that.

16       Q    Was it verbal abuse?

17       A    Verbal abuse.

18       Q    How did you learn you could go pick up

19   Renee from jail?  I understand you and Erica went and

20   picked her up, right?

21       A    Yeah, her mother had called me.

22       Q    Okay.

23       A    Yeah.

24       Q    And did her mother ask you to go get her?

25       A    Yeah.

Page 35

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      Q     Do you remember when you picked her up?

2      A     No, I don't.  It was sometime that

3  afternoon.  We waited for her for a few hours, and

4  then I think like an hour or two.  I don't remember

5  the whole detail.

6      Q     Okay.  Did you ever go to any of her court

7  appearances or anything?

8      A     No.

9      Q     What were her daily activities when she

10  came home from jail for those -- I understand she

11  stayed with you for a few or maybe several more days.

12  What did she do?

13      A     She called a lot of her family, I think.

14  She called her mom especially, and then she just

15  stayed on her computer.  And she and Erica, when

16  Erica was here they -- they drank a little, like I

17  said and --

18      Q     When did Erica leave in relation to when

19  she got out of jail?

20      A     I think she left like a day or two after

21  she got out.

22      Q     Did they go out and go anywhere?

23      A     No.  She didn't want to leave the house.  I

24  went and got them food.

25      Q     Okay.  Did you have any conversations

Page 36

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    with -- telephone conversations with Officer Gilbert?

2        A    No.

3        Q    Did you attempt to contact him?

4        A    Huh-uh.

5        Q    Did Renee's mother indicate that she had

6    had any phone conversations with Officer Gilbert?

7        A    No, not that I know of.  I don't know.

8        Q    Did you later learn of how things had been

9    resolved with regard to the charges against Renee?

10       A    Yeah.  She had contacted me and told me

11   that the DA had dismissed the case.

12       Q    And was that the phone conversation you

13   were telling me about where she told you she had

14   thrown away some of her things or was that a separate

15   conversation?

16       A    Yeah, that was a separate conversation.

17   And that was before the district attorney I think --

18   the district attorney is DA?

19       Q    Uh-huh.

20       A    Yeah.  That was before the charges were

21   dropped.  Uh-huh.

22       Q    So you did speak to her after that

23   conversation?

24       A    Yeah.

25       Q    Any other conversations other than the one

Page 37

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1   where she told you she was throwing some things away

2   and the conversation with her about having the

3   charges dropped?  Did y'all have any other

4   conversations?

5        A    Well, I mean, we had talked a little after

6   that but not much.  And there was some World of

7   Warcraft related stuff, but that's just petty.  The

8   video game.

9        Q    Do you still play World of Warcraft with

10  Renee?

11       A    No, huh-uh.

12       Q    Have you blocked her or has she blocked

13  you?  I don't even know if you can do that on World

14  of Warcraft.

15       A    I blocked her on Facebook.  She ignored me,

16  and that's when I said, no, I'm not going to talk to

17  her anymore.  Because like once somebody ignores you,

18  that's against the terms of service to contact them.

19  And at that point I don't want anything to do with

20  that.  Like I didn't want anything to do with her.

21  and I didn't want to talk to her after that.  Like

22  she ignored me, so I'm not going to persist.

23       Q    She ignored you on Facebook?

24       A    No, on World of Warcraft.  So at that point

25  I said, no, I'm not going to talk to -- I don't want

Page 38

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1    to do any of that stuff.

2        Q    When did she ignore you on World of

3    Warcraft?

4        A    I can't remember.  I think it was like --

5        Q    Was it recent or was it closer to the time

6    that she left your apartment?

7        A    In between.  Not recent.  I think it was

8    2013-ish.  Yeah, it was a while back.

9                MS. COWAN:  I think that's all the

10           questions I have.  Jeff, do you have anything to

11           talk to him about?

12               MR. FILIPOVITS:  Yeah.

13                       EXAMINATION

14   BY MR. FILIPOVITS:

15       Q    Do you remember the moment that the officer

16   turned on his lights?  Do you remember where you were

17   driving?

18       A    Yeah.

19       Q    Okay.  You said you had just made a U-turn;

20   is that right?

21       A    Yeah, I had just made a U-turn.

22       Q    Okay.  How soon after the U-turn did he

23   turn on his lights?

24       A    Probably a good two minutes, because I

25   noticed the officer behind me, and I would say like a

                                              Page 39

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1   good two or three minutes he was following us or

2   something.  I don't know.

3       Q    Okay.  During these two or three minutes

4   you knew the whole time that the officer was behind

5   you?

6       A    No, because like right after I made the

7   U-turn I thought everything was going to be clear,

8   and then I noticed -- I think I saw the officer in my

9   rear-view mirror, I think.  I --

10      Q    Okay.

11      A    Yeah.

12      Q    Do you recall changing lanes during that

13  time, during those two or three minutes?

14      A    No.  I just went straight, I believe.  I

15  think so.  I don't know.  Like I don't remember

16  exactly what my driving patterns is.

17      Q    When you were pulled over can you tell me

18  where Renee's purse was in the car?

19      A    I don't know.

20      Q    It was in the front seat though?  Can you

21  say that much?

22      A    I don't know.

23      Q    Okay.  She took her purse with her from --

24  well, she had her purse with her that evening, right?

25      A    Yeah.

                                        Page 40

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1      Q     And she took it into the stores you guys
2    went into?
3      A     To the what?
4      Q     Did she take it into the stores you guys
5    went into?
6      A     I don't remember.  I'm sorry.
7      Q     That's all right.
8                 MR. FILIPOVITS:  That's all I've got.
9                 THE WITNESS:  Okay.
10                MS. COWAN:  That's all.  Thank you.
11                (Off-the-record discussion.)
12                MS. COWAN:  Mr. Beazer, you have the
13      ability to read your deposition and sign it.
14      And you don't have to do that, but you can.  And
15      what the benefit of the having the signature is
16      is that you can read it, and if there's like an
17      error of some kind you can correct it before it
18      becomes the sealed transcript.
19                THE WITNESS:  Yeah.
20                MS. COWAN:  So do you want to read it
21      and sign it and get it back to court reporter or
22      are you okay with just having her prepare it and
23      seal it?
24                THE WITNESS:  I would rather read it
25      and sign it.

Page 41

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER   1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1                    MS. COWAN:   Okay.   Thank you.

2        (Deposition concluded at approximately 11:10 a.m.)

3                              -  -  -

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                   Page 42

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1                    E R R A T A    S H E E T
2      I, Allison H. Bradford, the witness herein, have read
       the transcript of my testimony and the same is true
3      and correct to the best of my knowledge.
4      _____ There are no corrections.
       _____ Any corrections/additions are listed below.
5
6      PAGE/LINE                    SHOULD READ       REASON
7      _____
8      _____
9      _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____
20                              _____
                               DEVON OSWALD BEAZER
21
22     Sworn to and subscribed before me
       this _____ day of _____ 2015.
23
24     _____
       Notary Public.
25     My commission expires _____.

                                              Page 43

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1                C E R T I F I C A T E

2

3    STATE OF GEORGIA:

4    COBB COUNTY:

5            I hereby certify that the foregoing

6    transcript was taken down, as stated in the caption,

7    and the questions and answers thereto were reduced to

8    printing under my direction; that the foregoing pages

9    1 through 42 represent a true and correct transcript,

10   to the best of my ability, of the evidence given upon

11   said hearing, and I further certify that I am not of

12   kin or counsel to the parties in the case; am not in

13   the regular employ of counsel for any of said

14   parties; nor am I in anywise interested in the result

15   of said case.

16           Pursuant to Article 8.B. of the Rules and

17   Regulations of the Board of Court Reporting of the

18   Judicial Council of Georgia and OCGA 15-14-37 (a) and

19   (b), written disclosure is attached herein.

20           This, the 30th day of January, 2015.

21

22

23           _____

             Allison H. Bradford   CCR B-929

24           Certified Shorthand Reporter

              and Notary Public.

25           Commission expires 1-13-2018

                                        Page  44

97c3c073-d16c-45f9-8717-40e088dfa3d9

DEPOSITION OF DEVON OSWALD BEAZER    1/22/2015
RENEE SCHROEDER vs. CALEB GILBERT

1                    DISCLOSURE

2    STATE OF GEORGIA

     COUNTY OF COBB:

3

4    DEPONENT:  Devon Oswald Beazer

5    Date of Deposition:  January 22, 2015

6

7         Pursuant to Article 10.B. of the Rules and

8    Regulations of the Board of Court Reporting of the

9    Judicial Council of Georgia, I make the following

10   disclosure:

11        I am a Georgia Certified Court Reporter.   I

12   am not disqualified for a relationship of interest

13   under the provisions of OCGA 9-11-28(c).

14        I am here as a representative of Precision

15   Reporting, Inc.

16        Precision Reporting, Inc., was contacted by

17   Attorney Amy B. Cowan to provide court reporting

18   services for this deposition.

19        Precision Reporting, Inc., will not be

20   taking this deposition under any contract that is

21   prohibited by Georgia law.

22

23        _____

     Allison H. Bradford   CCR B-929

     Certified Shorthand Reporter

24   and Notary Public.

25   Commission expires 1-13-2018

                                        Page 45

97c3c073-d16c-45f9-8717-40e088dfa3d9