



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

# Author Rambles

So, I really have no clue what to put on social media sites under my pen name. The book hasn't been released yet. It's on to copy edits now.

I have some things about dogs. I have some quotes from the book. I can't keep putting up quotes from the book, because, eventually, someone will just be able to rearrange them and have the entire book - at least the parts clean enough to quote on social media.

I thought about putting up some "deleted scenes" that had to be cut in the interest of brevity, or some little side writings with the characters I did just for fun. These side writings are not intended to ever appear in a novel. I have an important character most people really enjoy, who will never have her own book. She is a lot of fun to write for; a lot of these short stories involve her.

Waiting to hear back from my publisher to see if this would be a "go." I thought it'd be a fun way to grab people's attention and introduce them to my writing style. Thoughts?

**1 note**   May 21st, 2014

**emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

EEEEEE! I just got back a message from my publisher. My revisions were ALL FINE. It's on to copy edits now - which I have nothing to do with. Now, time to really get to work on the second manuscript.

**2 notes**   May 21st, 2014

 **byuka** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Finally! A beautiful, hot day in Pennsylvania!

Bring on the sunshine and an afternoon of tanning. <3

**1 note**   May 11th, 2014

**emberglorious** posted this















I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.













Fun day out at a local brewery for a friend's bday. Btw, the growlers are verrrrrrry heavy.

**2 notes**   May 3rd, 2014

 **dreamfluxx** likes this

 **emberglorious** posted this

**Never miss a post!**                                        ✕

          **emberglorious**        + Follow



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Well, the recall notice from GM finally arrived...

The parts are not available. There is a problem with the ignition switch. The letter goes on to explain how this problem can result in injury and death. But the parts are NOT available to fix it yet.

Here's the thing. I've KNOWN there was something iffy about the ignition switch for a loooooong time. Within a year of having the car, the key would get stuck in the ignition, powering down the vehicle. I can't say how many times this thing was to GM for this. But it was a lot. It was also really annoying when I was asked to take one of my elderly relatives to the hospital. And, whoops, key stuck again.

In fact, "cobalt key stuck in ignition" was one of the first things that came up on Google.

Yet, GM techs just scratched their heads and said, "I've never heard of such a thing." The hell you haven't.

The airbag light in my car has also been on for a very long time, indicating a problem. Apparently this is related to the ignition, according to the letter.

It's also really difficult to turn the key in the ignition, and has been for a long time. Other people have trouble starting my car, and sometimes, I do, too. I sat outside of the beverage yesterday for several minutes trying to get the key to work.

The letter I received warns me against "rough road conditions" causing the ignition switch to "move out of the 'run' position, resulting in a partial loss of electrical power and turning off the engine. Great! I sit here and think of all the potholes and various road construction projects. And, "If the ignition switch is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury or fatality."

And now, years later, they finally figure out this issue. We bought this 2008 vehicle when it was brand new. I knew within a year that there was something wrong, and, per Google, so did a lot of other people. It only took GM over half a decade... That's some amazing customer service.

May 2nd, 2014



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.





Ready for my night out!

**6 notes**   Apr 21st, 2014

 **bayonetwork82** reblogged this from **therealsynergy1** and added:

> **Very pretty!**

 **the-forever-non-conforming** likes this

 **therealsynergy1** reblogged this from **emberglorious** and added:

> **LOVE the pictures!!!! And the jewelry is AMAZING!**

 **therealsynergy1** likes this

 **vxl-ed** likes this

 **dreamfluxx** said: LOOK AT THAT CUTIE

**dreamfluxx** likes this

**emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.



⇄ kyle-embershield   Source: myexternalmemory

**99,808 notes**   Aug 14th, 2014

 **saraweather** likes this

 **bastidbrand** reblogged this from **freshiejuice**

 **baumkuhen** reblogged this from **disquietinglullabies**

**legitasfxck** reblogged this from **skates0ciety**

**escapingfromutopia** reblogged this from **markjl**

**dreamy-eyes-of-jesus** likes this

**youjustgotforted** reblogged this from **freshiejuice**

**zombiexvr** likes this

**abadassjellyfish** likes this

**rogueviolist** reblogged this from **sonlittle**

**jessizminame** likes this

**brondas** reblogged this from **freshiejuice**

**stephens-last-week-in-town** reblogged this from **markjl**

**kikuzi** reblogged this from **qwertycarly**

**ricochetq** likes this

**vodkaintranslation** reblogged this from **diiivine**

**selinkaspeaks** reblogged this from **freshiejuice**

**wannabro** likes this

**skagdoll** likes this

**macabrecharades** likes this

**crystelene** likes this

**disquietinglullabies** reblogged this from **thedeathmerchant**

**neveragainyours** likes this

**p-raz** reblogged this from **kileyroseatkins**

**p-raz** likes this

**angry-gays** likes this

**sarcasmandhyperbole** reblogged this from **iglowinthedark**

**iglowinthedark** reblogged this from **freshiejuice**

**antipsoric** reblogged this from **bababambi**

**sjpbf** reblogged this from **freshiejuice**

**kisala0** reblogged this from **markjl**

**kisala0** likes this

**kimmicksgimmicks** likes this

**madcapcat** likes this

**mrransomm** likes this

**dictaylorswift** likes this

**thetroubledravenswritingdesk** likes this

**autumn-will-come** reblogged this from **bellstosh69**

**gubbehh** reblogged this from **tengoohambre**

**buttkissery** reblogged this from **markjl**

**hyphenatedamericans** reblogged this from **behighstaylow**

**maryjanepotman** reblogged this from **bulletproofwithoutthevest**

**behighstaylow** reblogged this from **theakasha**



**noitaneel** likes this

**withswordinhand** likes this

**letselliott** likes this

**foolishpupil** reblogged this from **bulletproofwithoutthevest**

**loveyloveylove** reblogged this from **salvadordallyparton**

**loveyloveylove** likes this

**whughhhyyyyyyyy** likes this

**diyeisaur** reblogged this from **markjl**

**superblonde** likes this

**emilycrystine** reblogged this from **markjl**

**chikennuggetsandmyuggs** likes this

**missmartianz** reblogged this from **markjl**

**oldgloryhole** reblogged this from **truetrans666**

**oldgloryhole** likes this

**major-in-harry-potter** likes this

**please-please-mee** likes this

**randomminer** reblogged this from **fetus-cakes**

**randomminer** likes this

**paintedpunk** likes this

**ironic-optimst** reblogged this from **markjl**

**markjl** reblogged this from **lardybarbie**

**markjl** likes this

**msunemployed** reblogged this from **lardybarbie**

**salvadordallyparton** reblogged this from **themintyhippo**

**im-not-stupid** reblogged this from **bellstosh69**

**kimbrough715** likes this

**anarcho-cynicalism** likes this

**wallflowerdreamer** reblogged this from **bulletproofwithoutthevest**

**bellstosh69** reblogged this from **lardybarbie**

**themintyhippo** reblogged this from **1980s-something-space-guy**

**gubbehh** likes this

**lardybarbie** likes this

**sandpapersnowman** likes this

**lardybarbie** reblogged this from **paranormalstoriess**

**kal3a** likes this

**welcometo-the** likes this

**tengoohambre** reblogged this from **theakasha**

**hakuna-matata-bitch-xoxo** reblogged this from **1980s-something-space-guy**

**anactau** reblogged this from **1980s-something-space-guy**

**bulletproofwithoutthevest** reblogged this from **atira-patrice**

**1980s-something-space-guy** reblogged this from **drstrangeloves**

**drstrangeloves** reblogged this from **poorgirlporvida**

**inicoledayzies** likes this

**eighteensgorgeous** reblogged this from **shelikesvagina**

**eighteensgorgeous** likes this

**xii-xii-xii** likes this

**shouttothevoid** reblogged this from **youmativehue**

**youmativehue** reblogged this from **theakasha**

**youmativehue** likes this

**bravelittlepixel** likes this

**theakasha** reblogged this from **yungelleee**

**cocoleelah** reblogged this from **shelikesvagina**

**andrewjasondavis** likes this

**forensics-url** likes this

**m4m4-you-promised** reblogged this from **nadrojymehelav**

**nadrojymehelav** reblogged this from **caligusabs**

**the-interabang** reblogged this from **afrosomalibitch**

**Show more notes**



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.







My hairstylist, for no apparent reason, decided to give me waves today. I love it. Looks so much shorter when curled though.

**5 notes**   May 21st, 2014

 **bayonetwork82** likes this

 **zillah975** likes this

 **elksy** likes this

 **hitokitten** reblogged this from **emberglorious**

 **hitokitten** likes this

**emberglorious** posted this









I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

# I've Acquired a New Fan

A creepily obsessed fan. I'd imagine her as the woman from *Misery* except she doesn't read, and I don't think she knows I write.

You see, a long time ago, I tried to date one of my very best male friends. We got along already, so why not?

It was a stupid decision that lasted all of two weeks.

My friend had a recent ex. I remember she was furious he was dating again, though she'd moved on. I returned her insults with remarks such as, "I'm very sorry you feel this way. I hope you resolve whatever difficulties you are experiencing." This only seemed to irritate her further. The screen of my old, blocky computer was filled with rage-filled, purple and black comic sans text. Even the squirming, CGI-spider avatar she had looked furious. Yes. This was in the days of AIM. AOL Instant Messenger. That AIM.

This was the last time I'd had any interaction with her.

Fast forward from angry comic sans to yesterday.

Yesterday, I committed the egregious act of grabbing crab cakes and a beer flight with one of my closest friends. Some of you have heard me refer to him as "Netflix Guy." (Yes, I have nicknames for irl friends so my WoW friends can keep them straight.)

Netflix Guy posted a selfie of us and a pic of me - for whatever reason - responding to a message on my phone on his Facebook. Friends usually post pics when we go out. This is normal.

What isn't normal is for a pic of someone at a restaurant to result in all kinds of drama. Netflix Guy is friends with Comic Sans Girl on Facebook. I think he is friends with just about everyone in the area on Facebook. From the angry text below the picture on his wall, the problem with me having lunch with Netflix Guy was that the pics showed up in her newsfeed. She un-friended Netflix Guy over this, after a whole lot of name-calling riddled with spelling errors.

I'd think this was hilarious, if she hadn't been Facebook stalking me for a while. Except, she couldn't do all that much Facebook stalking. Everything on my page is set to private, meaning one has to friend me to see pics, wall posts, etc.

However, to make some sort of point, she posted a Halloween pic I had up in 2012. I used it as a profile pic, which obviously people can see. I'm not sure what point she was making. I celebrate Halloween? I was dressed as "Alice in Wonderland." I had that pic on Skype for a while, too. But no one here has me on Skype.

So, she basically saved that picture from almost two years ago - when I wasn't even living in the area and had been gone for a while - and kept it for all this time. I hadn't talked to any of these people, except Netflix Guy for a number of years. Not since the AIM-era.

I'd find it hilarious - okay, fine, I did have a good, long laugh, so scratch that. I find it hilarious, but also find her level of dedication entirely unsettling.

#lurlei's irl adventures

May 22nd, 2014



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Maaaaaybe, maybe might get to see my novel cover this week. EEEEEEEEE! Copy edits are, at least, done.

**2 notes**   Jun 10th, 2014

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

It's really hard to read through the final copy of my novel. This is actually my last step before publication, I think. It looks all pretty and everything. But I've got to look for mistakes. I've been through the piece so many times that it is extremely difficult to pay that kind of close attention. I'd like to think, with all the sets of eyes that looked at it, that it's fine. But, for real, it took us how many edits to find out about the color-changing toga? (In one paragraph, it was pink. In the very next paragraph, it was Tyrian purple.)

**1 note**   Jun 15th, 2014

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Maaaaaybe, maybe might get to see my novel cover this week. EEEEEEEEE! Copy edits are, at least, done.

**2 notes**   Jun 10th, 2014

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.



Got my hair done! Whee!

#lurlei irl

**2 notes**   Jun 19th, 2014

 **bayonetwork82** likes this

 **emberglorious** posted this









I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

I'm fine. Really. Just got to see the early workup of my novel cover. So excited! It's not the high-resolution version. For the bajillion people I sent this to on Skype, please be mindful of that.

**6 notes**   Jul 2nd, 2014

 **elksy** likes this

 **ladydarthcaedus** likes this

 **zillah975** likes this

 **dreamfluxx** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

I got the final, high-resolution cover art for my book! EEEEEEEEEEEEE! It's so pretty!

**4 notes**   Jul 10th, 2014

**zillah975** said: Woot!! Congratulations!!

**zillah975** likes this

**elksy** likes this

**emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Looks like my book will be available around September 5th!

**3 notes**   Jul 4th, 2014

 **zillah975** likes this

 **elksy** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

# Writing Ramblings

Slowly working my way through the edits for my second novel, while I wait to see the absolute final version of the first from my publisher.

I feel like I'm at a stand still with this second one. There's a lot of story here. The small details from the first book become more important. Plans are set in motion. Revelations are made. And, yeah, I'm verbose.

I don't want to send this ridiculously long piece to my publisher. Yet, I don't want to cut the wrong thing. I just want the story to be told in the most effective way possible. I'm fine with cutting. I guess I'm caught up with trying to think like my editor and trying to decide what she would want me to cut.

So, I'm afraid to cut anything without being told to do so. I keep debating with myself over the things I'm thinking about cutting, and I just can't make a decision! But my publisher really wants the second book, so I've got to decide something!

**1 note**   Jun 28th, 2014

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

# Rant

I have to break it off with this guy I'm seeing. Two dates - TWO DATES - and he's far too smothering. It's been TWO DATES.

He's talking long term already. That's right. Long. Term. After TWO DATES.

I'm just about ready to quit this dating crap. It never turns out well. I don't know why, but they get weird after a bit. I don't know if it's the area I live in, or what.

I went to a doughnut shop, not even a date or anything, with someone I knew years ago. Thought I'd catch up. I had soup, and we watched some drunk dude with a mullet pee on a car in the parking lot...at 2 PM.

We were out for an hour. He asked if I'd hang out again. Well, sure. Why not? It had been pleasant conversation.

He then texted the next day that he really liked me, and he was married. I told him, "OH HELL NO. Not seeing you again." He couldn't fathom why I did not want to be his mistress. Er…

I STILL GET MESSAGES FROM HIM. Haven't spoken to him since.

One of the messages he sent me - this one was via Facebook - after I stopped responding, was a picture of what he actually dubbed the "alabaster anaconda."

Because of an hour of sitting at a doughnut shop and watching a drunk mullet dude pee on a car.

Since learning of my divorce, I've been pursued by male friends, male acquaintances. There's a reason we didn't date in the past.

Some of the behavior is just inexcusable. I went on a date with an attorney - for lunch, mind you - and shortly after our ravioli and ziti was set on the table, he found it the perfect time to divulge he had a foot fetish. Then asked me what I was into. We had been discussing the local political climate.

While dealing with several irl issues, male friends stopped by to help, then proceeded to offer their penis to make the situation better. WHAT?! Then they wonder why I don't return their calls and texts. They bring this stuff up when we're talking about movies, or family, or problems, struggles, really just anything that is in no way sexual. So it's like they're saying, "Oh, hey, pay attention to my penis!" NO!

I've realized that the dating scene in this area is pretty much straightwhiteboystexting.tumblr.com. And it was in the past, too. Except it's mostly without text. Instead, it's face to face. I can't tell you how awkward this is during a lunch date, or while at home. Or just anywhere really.

And it's all excused as "guys will be guys." REALLY? Everyone in this area accepts it as normal behavior. It's not normal; it's gross.

#nsfw

**8 notes**   Jul 26th, 2014

 **vxl-ed** likes this

 **dreamfluxx** said: Wow that's incredibly gross. Find new and unique ways to shoot them down!

 **hitokitten** likes this

 **elksy** said: men are gross

 **kektrain** said: AHAHAHAHAHAHAHA! THAT SUCKS!

 **ladydarthcaedus** said: Ew! That's horrible.

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Wow! So many people have bought my book! Thanks for all the support!

Sitting at the salon now, getting ready for the birthday, book, and boos party on Halloween. Decided to celebrate a bunch of things on one night.

**4 notes**   Oct 29th, 2014

 **demitassie** likes this

 **azuriann** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

Hey, WoW friends!

Yes, I'm doing some shameless self-promotion here. But, if you have a reader on your shopping list who enjoys steamy romance, humor, and fantasy, let me recommend my novel. It's available in print and ebook formats. Send me a private message for the title and my *nom de plume.* I generally keep this recreational blog separate from my professional stuff.

**1 note**   Dec 13th, 2014

**zurgamartelldraven** likes this

**emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

If anyone is wondering where I've been, I need a little break.

I don't care that this is a game. People can still hurt each other emotionally. I understand why people react the way they do. But, I needed to step away from stress somewhere.

Combined with very real rl stress, certain things were too much.

Things were difficult before recent events.

Dec 2nd, 2014



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

bara-drop said: why the government employee thing? that seems silly considering that death is a personal matter

My remarks are below the cut.

It does seem silly. When I questioned my mother about this, she said it was explained to her that, because my aunt was a ward of the state, the state has to make sure things are done according to procedure. I'm honestly not certain what procedure is being referenced. Perhaps to ensure the body is buried?

I've tried Googling to get a more definitive answer. I Googled "ward of state funeral". Unfortunately, I keep getting lots of listings for funeral homes owned by people named Ward.

I'm not keen on having a stranger hanging around at the funeral. Especially if it is that horrible Mary person I mentioned in my earlier post.

Aug 23rd, 2014



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

I've never had a relative die in a nursing home before. I'm disgusted by the way a lot of things were handled.

My aunt had to become a "ward of the state" to go into the nursing home. She was appointed a guardian, a woman named Mary. Mary rarely communicated with any of us. I never saw her on any my visits to my aunt. I don't think I'd ever spoken with her.

Mary assisted my aunt in filling out paperwork, without collaborating with my mom or me. My aunt had a lot of addled moments, and Mary just filled in whatever. She had my aunt listed as widowed, when she was never married. A far-away funeral home was also selected.

When my aunt died, we got no call until AFTER she was dead. They knew she was dying HOURS before and didn't bother to call. My mom and I didn't get to go there and say our goodbyes. My aunt helped raise me! I wanted to be there.

But, no. They called after she was gone.

My mom and I stood in the nursing home in the middle of the night around my aunt's slack-jawed corpse, the wax-like skin a ghastly shade of yellow under the florescent light above the bed. I sat holding the stuffed animals people had sent, sobbing. Why weren't we told? Why didn't we get to say goodbye? Was the assumption that we didn't care because she was in a nursing home? She couldn't get up at all. There was no way we could have cared for her at home.

I wanted to get out of there. The corpse looked alien and frightening, nothing like the woman I knew. Another patient in the room kept groaning "Nurse" at regular intervals. The patient always did this while I visited my aunt, even after frequent visits from nurses. Apparently this continues into the wee hours of morning.

Upon a discussion with the nurses, we discovered the funeral home selection, but were told we could change it. We selected one nearby, the same that handled my grandmother's funeral.

When we arrived at the funeral parlor to settle on arrangements, we learned that no, we could not change it. Mary was on the phone with both my mother and the funeral director. She kept stating, "Today is my day off." Because we so clearly cared…

The far-away funeral home came to pick up my aunt's body from the funeral parlor we normally use.

We wanted the funeral to be today. But Saturday was not doable. Why? Because, as my aunt was a ward of the state, a government employee needs to observe the funeral proceedings and burial. They don't work on Saturdays. So, yay, getting to mourn in front of some stranger…

I'm imagining it'll be Mary. I hope it isn't Mary.

**6 notes**   Aug 23rd, 2014

 **bara-drop** said: why the government employee thing? that seems silly considering that death is a personal matter

 **kyle-embershield** said: ): I'm really sorry Luris.

 **kektrain** likes this

**zurgamartelldraven** likes this

**ladydarthcaedus** said: *hugs* That's so horrible. I'm so sorry.

**emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

How to say goodbye to someone who has been an inspiration, who brought so many laughs and so much love?

A simple woman who did everything for me, and treated me like her own daughter. (She never had any kids herself.) My great aunt always joked that I had three moms - herself, my grandmother, and my actual mom.

My mom is now the only one of the three left.

No more bingo trips, no more stopping by Aunt Polly's for lunch, no more feeding stray cats.

She always did for everyone else, sometimes in the strangest ways. She'd buy things because they were on sale, even if she knew no one needed her purchases. She'd FIND someone who did. "How could I not buy these? They were so cheap?"

She was so wonderfully quirky and stubbornly herself. "You need to learn to manage your money better." Her idea of this was spending money on Bingo. When I was in college, sometimes I'd skip class and work and we'd hang out at the Bingo hall.

As a kid, we'd feed the stray cats near her house and bring them inside, much to my grandmother's frustration. I got scratched so many times. But so many memories.

She'd pick me up from college. Her house was only a few minutes away and had better parking. She'd roll down the windows in her white Buick, her name in big, chrome tape letters across the top of the window, and flirtatiously yell to the college guys.

I'd stop over there on lunch when I worked at the courthouse, too. We'd argue, both of us being naturally obstinate. But there was always an amusing story to tell.

Goodbye, Aunt Polly.

**5 notes**   Aug 21st, 2014

 **kektrain** likes this

 **zurgamartelldraven** likes this

 **dreamfluxx** said: I'm so sorry for your loss, Lurls. She sounds like an amazing person. If you need someone to talk to hit me up.

 **dreamfluxx** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

emberglorious:

MY BOOK IS AVAILABLE FOR PRE-ORDER!

It's available in ebook and paperback.

Send me a message here or message me on Skype for more information, as I know some of you have been asking.

Reblogging!

⇄ emberglorious

**8 notes**   Aug 26th, 2014

 **bayonetwork82** likes this

 **zurgamartelldraven** likes this

 **vimpethepirate** likes this

**emberglorious** reblogged this from **emberglorious** and added:

> **Reblogging!**

**secrets-of-frostscribe** likes this

**ladydarthcaedus** likes this

**dreamfluxx** likes this

**elksy** likes this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

# Writing Rant

Read below the break. This is something I've been wanting to comment on for a while now.

There was a post I saw a while back on Tumblr. Someone made some remarks on people not having control over their characters and how said people use that as an excuse for poor behavior.

I scratched my head a bit over that one. Characters have backstories and qualities and quirks. All of those things combined dictate the decisions and reactions of a character. How can one create a character and then just disregard the key components of that character in an effort to appease others? I'm offended that someone would suggest others damage their work in such a way.

Before I came to WoW, I mostly wrote with myself. I wrote lengthy manuscripts. I'd create the characters and the story would take shape. I'd be writing as fast as I could, having no idea what would happen next, where my characters would take it. If I had "control," I'd know everything. Characters would lack life and realism. They'd be robotic.

I can't count how many times I raked my fingers through the hair at my temples and glared at my laptop, resisting the urge to throw it, when my characters insisted on being particularly difficult. I would have to go back and change something, anything. Perhaps have another character enter to redirect the flow of the story.

The worst character for this is Siegfried, the hero of my newly published novel. Those who are very close to me are familiar with my Siegfried rants. I will frequently pick up the phone and call one of a small, select group who can loan a sympathetic ear. "He's doing it again." There is no need to ask who *he* is. "He is being a stubborn bastard. I want to physically enter my story and throttle him."

The second manuscript was the worst. Siegfried's trust issues would not allow him to get over his distaste of Book 2's hero. In fact, the two nearly killed each other. There was absolutely no other way to write it.

Siegfried and his stubborn streak also presented me with difficulties in the first book. Siegfried had withdrawn from his lover, feeling guilt and fear. He rebuffed her advances. This is right where my editor decided I should put in a sex scene! Yeah, right there.

Oh, I control my characters?

For the better part of a week, I sat hammering away at the keyboard, writing dozens of possible scenarios to work in the scene the editor demanded. But Siegfried was having none of it.

A week. I sat there for a week. I called those few friends, who patiently listened as I launched into yet another Siegfried rant.

Then I finally figured it out. I had to make a few adjustments to redirect the flow in the way it needed to go. Siegfried still was Siegfried, as stubborn as ever.

You can't do this in RP - go back and make adjustments like that, spend a week writing a ten-page scene.

I'm certainly not changing the way I make my characters for RP. It'll seep into the way I write my characters in my professional work. RP is a place where I can get instant feedback, where I can better learn what works and doesn't for the reader. It's a tool to help my writing.

That post about controlling characters really rubbed me the wrong way, especially after weeks agonizing over an uncooperative character on more than a few occasions.

Maybe other people have different methods. I don't know. And I honestly don't care. I have the method that works for me.

**4 notes**   Sep 7th, 2014

 **rasenryu** likes this

 **kyle-embershield** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.

If there is a problem within the guild, tell me. Seriously. Otherwise I won't know. I can't watch everyone all of the time. This is not "1984." I am not Big Brother. I am also not psychic. If I were, I'd be making a fortune doing readings for people over the phone.

I've had some illness in my family, and I got sick (again!) myself. So, yes, I've had other stuff on my mind for a bit. I've been less observant than usual. Not like my situational awareness has ever been sterling.

Bottom line is: Tell me if there is a problem!

Don't make status updates about it. Don't seethe in private. Tell. Me.

That is one of the guild rules, too.

Furthermore, I will never tell anyone who they can and cannot RP with. However, if it is a guild event, let's not bring sketchy people around, okay? Close friends of the guild. That's it.

This will all be addressed in further detail at the guild meeting in a few days.

I care deeply about this guild. Please do not assume that, because I spent a few days barfing and not online much that I suddenly do not care. No. It means I'm barfing and feeling generally awful.

If there are any other problems I'm unaware of, let me know.

As guildies, I want you all helping each other. People will make mistakes. Say something. Say it nicely. We all goof up.

#merchant bay trade

**5 notes**   Oct 14th, 2014

 **felano-glacierwind** likes this

 **zillah975** likes this

 **komradejokka** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.



Ready to go out and celebrate my birthday! Food and shopping!

**6 notes**   Oct 23rd, 2014

 **mydemitriadununiverse** likes this

 **elksy** likes this

 **zangz** likes this

 **zurgamartelldraven** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.



My uncle sent me this shirt to "brighten" my day. Um...it brightened it up on some level? Some humorous, ironic level. Also, why does it say Flo Rida? Why is it tie-dye?! What is this thing?? WHY?!!!!!!!!!!!!!!!

**1 note**   Mar 26th, 2014

 **dreamfluxx** likes this

 **emberglorious** posted this



I use this blog mostly for WoW and some personal rambles about writing. My main is Lurlei on Emerald Dream Horde, GM of Merchant Bay Trade.







It is technically spring. I am sick of winter clothes. It isn't snowing. So, in PA, this means....SPRING CLOTHING TIME! It's 40 degrees, but I'm wearing this top today!

**2 notes**   Mar 28th, 2014

 **bayonetwork82** likes this

 **dreamfluxx** likes this

 **embershield** likes this

 **emberglorious** posted this









# EVIDENCE
## DUNWOODY POLICE DEPARTMENT

Item No: ____1____

Case No: __1300513l__

Date of Collection: __08/02/13__

Time of Collection: __2138__

Collected By: __Gilbert__

Description of Evidence: __pill bottle__
__Containing pills__

Location of Collection: __Perimeter__
__Center West__
__Hwy__

Type of Offense ____

2013-10

Dunwoody Police
Sealed package cont

DEFENDANT'S
EXHIBIT
DS-11
12/18/14 MRC

